John R. Clemency (Bar No. 009646)
Lindsi M. Weber (Bar No. 025820)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
lindsi.weber@gknet.com
*Attorneys for Debtors*

Alan R. Solot, Esq. (Bar No. 006587)
2701 E. Speedway Ste. 203
Tucson, Arizona 85716
Telephone: 520-299-1465
Facsimile: 520-299-1482 (fax)
Email: arsolot@gmail.com
*Attorney for William R. Cox, Cheryl J. Cox and Cox Investment Group, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DUNLAP OIL COMPANY, INC., | Case No. 4:12-bk-23252-BMW |
| QUAIL HOLLOW INN, LLC, | Case No. 4:12-bk-23256-BMW |
| Debtors. | (Jointly Administered) |
| Filing applies to:<br>DUNLAP OIL COMPANY, INC. ☒<br>QUAIL HOLLOW INN, LLC ☐<br>BOTH ☐ | **STIPULATED MOTION TO APPROVE SETTLEMENT AND COMPROMISE WITH COX FAMILY TRUST AND COX INVESTMENT GROUP, LLC** |

Dunlap Oil Company, Inc. ("Dunlap" or the "Debtor"), a debtor and debtor-in-possession in the above-captioned jointly administered cases, and William R. Cox, Cheryl J. Cox and Cox Investment Group, LLC (collectively, "Cox"; and together with Dunlap, the "Parties") pursuant to Fed. R. Bankr. P. 9019, hereby respectfully request

that the Court approve the settlement and compromise reached between the Parties as set forth in this Motion.

**I.  BACKGROUND AND SUMMARY OF THE ESSENTIAL SETTLEMENT TERMS.**

By this Motion, the Parties seek the entry of an order approving the settlement and compromise set forth below pursuant to 11 U.S.C § 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

As set forth in the Schedules filed on October 29, 2012 (Dkt. #36) the Debtor asserted that, as of the Petition Date, Cox held a secured claim in the total amount of $1,962,735 (the "Cox Claim"). The Cox Claim was and is secured by first and second position deeds of trust on various property owned by Dunlap. Prior to and since the Petition Date, the Parties have worked diligently to reach a resolution of the Cox Claim that involves the return of certain property to Cox in partial satisfaction of the Cox Claim, and a restructured payment schedule for the remaining amounts owed to Cox. In summary, the Parties' agreement (the "Settlement") involves the following essential terms, which represents the treatment of Cox under the Debtor's Plan:

1.  Resolution of all claims and objections alleged by and between the Parties relating to all claims asserted by Cox against the Debtor and the estate.

2.  Transfer of the real property located at 709 E. Highway 260, Payson, Arizona (the "Payson Chevron") to Cox. Cox currently holds a first position deed of trust on the Payson Chevron. At the option of Cox and subject to the requirements of Bankruptcy Code §365, the Debtor will assume and assign to Cox the Chevron franchise agreements in conjunction with the transfer of the Payson Chevron. In exchange for the transfer of the Payson Chevron, the Debtor shall receive a credit against the Cox Claim in the amount of $700,000.

3.  Transfer of the real property located at 4231 S. Station Master Drive, Tucson, Arizona (the "Tucson Office") to Cox. Cox currently holds a first position deed of trust on the Tucson Office. In exchange for the transfer of the Tucson Office, the

2

1 Debtor shall receive a credit against the Cox Claim in the amount of $450,000. Prior to and in conjunction with the transfer of the Tucson Office, the Debtor has agreed to assume the existing lease dated May 2, 2012 with Tucson Gymnastics LLC for a portion of the space located at the Tucson Office (the "<u>Gymnastics Lease</u>"), and the Debtor has agreed to assign the Gymnastics Lease to Cox. Cox has agreed to honor the remaining obligations under the Gymnastics Lease.

4. The Payson Chevron real property is subject to pre-petition property taxes asserted by the Gila County Treasurer in the amount of approximately $43,601 (the "<u>Payson Chevron Taxes</u>"). The Debtor agrees to satisfy the Payson Chevron Taxes pursuant to the terms of its proposed Plan of Reorganization, in accordance with 11 U.S.C. § 1129. Specifically, the Payson Chevron Taxes will be: (a) paid in full on the later of the Effective Date or the allowance of the Claim, or (b) over a period not exceeding five (5) years after the Petition Date. The Payson Chevron Taxes will be allowed in the principal amount of the tax due as of the Petition Date, with interest at the applicable statutory rate, and applicable penalties. In the event that the Debtor elects to make periodic payments rather than pay any or all Payson Chevron Taxes in full on the Effective Date, the Payson Chevron Taxes will be paid: (i) in equal monthly installments; (ii) with interest at an appropriate statutory rate to be determined in accordance with 11 U.S.C. § 511; (iii) with payments beginning on or about April 1, 2013, (iv) all in accordance with 11 U.S.C. § 1129(a)(9). The holder of the Payson Chevron Taxes will retain its lien on the Payson Chevron as security for repayment of the Payson Chevron Taxes.

5. The Tucson Office is subject to pre-petition real property taxes asserted by the Pima County Treasurer in the amount of approximately $32,206, and personal property taxes in the amount of $2,110 (the "<u>Tucson Office Taxes</u>"). The Debtor agrees to satisfy the Tucson Office Taxes pursuant to the terms of its proposed Plan of Reorganization, in accordance with 11 U.S.C. § 1129. Specifically, the Tucson Office Taxes will be (a) paid in full on the later of the Effective Date or the allowance of the

3

Claim, or (b) over a period not exceeding five (5) years after the Petition Date. Allowed Tucson Office Taxes will be allowed in the principal amount of the tax due as of the Petition Date, with interest at the applicable statutory rate, and applicable penalties. In the event that the Debtor elects to make periodic payments rather than pay any or all Tucson Office Taxes in full on the Effective Date, the Tucson Office Taxes will be paid: (i) in equal monthly installments; (ii) with interest at an appropriate statutory rate to be determined in accordance with 11 U.S.C. § 511; (iii) with payments beginning on or about April 1, 2013, (iv) all in accordance with 11 U.S.C. § 1129(a)(9). The holder of the Tucson Office Taxes will retain its lien on the Tucson Office as security for repayment of the Tucson Office Taxes.

6. Following the transfer of the Payson Chevron and the Tucson Office, Cox Claim will hold an Allowed Secured Claim in the amount of $807,055 (the "Remaining Cox Allowed Secured Claim"), which will be secured by the existing first position deed of trust held by Cox on the real property located at 1190 W. Rex Allen Drive, Willcox, Arizona ("Willcox Truck Plaza").

7. In the event that Cox sells the Payson Chevron prior to the full repayment by DOC of the Payson Chevron Taxes, and Cox is forced to satisfy any outstanding portion of the Payson Chevron Taxes from the proceeds of such sale, then the amount of the Payson Chevron Taxes paid or otherwise satisfied by Cox shall be added to the amount of the Remaining Cox Allowed Secured Claim, and DOC will adjust the monthly payment amount to reflect the increased amount of the Remaining Cox Allowed Secured Claim based on the addition of the outstanding taxes at the time of sale.

8. In the event that Cox sells the Tucson Office prior to the full repayment by DOC of the Tucson Office Taxes, and Cox is forced to satisfy any outstanding portion of the Tucson Office Taxes from the proceeds of such sale, then the amount of Tucson Office Taxes paid or otherwise satisfied by Cox shall be added to the amount of the Remaining Cox Allowed Secured Claim, and DOC will adjust the monthly payment amount to reflect the increased amount of the Remaining Cox Allowed Secured Claim

4

based on the addition of the outstanding taxes at the time of sale.

9. The Remaining Cox Allowed Secured Claim will be paid in monthly installments according to a twenty-five year amortization schedule, with interest at the rate of five percent (5%) per annum, and with a balloon payment in month 60. The initial monthly payment of the Remaining Cox Allowed Secured Claim for the first 59 installments shall be $4,717, due on the first day of each month beginning with the first day of the month following the Court's approval of this Settlement. The monthly payment may increase based on the amount of outstanding Payson Chevron Taxes or Tucson Office Taxes at the time of sale by the Coxes. There shall be no penalty for pre-payment of the Class 2(c) Cox Allowed Secured Claim.

10. In conjunction with the Settlement, Cox will release its deed of trust relating to the leasehold improvements located at 61 W. Esperanza Blvd., Green Valley, Arizona (the "Esperanza Station"). Cox will also release its deeds of trust relating to the following real property listed on Schedule A of the Debtor's Statement and Schedules (Dkt. #36):

    a. 1051 W. Beta Road, Sahuarita, Arizona
    b. Vacant land located in Sahuarita, Arizona
    c. 171 W. Continental Road, Green Valley, Arizona
    d. Vacant land located in Green Valley, Arizona

11. In exchange for the release of the Cox deed of trust on the Esperanza Station, DOC agrees to indemnify and otherwise hold Cox harmless for the obligations arising from Cox's Guarantee of the lease obligations relating to the Esperanza Station, within thirty (30) days of written notice from the Coxes demanding indemnification. In addition, to the extent that DOC fails to make payment on the Payson Chevron Taxes or the Tucson Office Taxes as set forth above, or in the event that such payments do not fully satisfy the outstanding pre-petition taxes, interest, and penalties allowed by the Court, then DOC agrees to indemnify the Coxes for such amounts. The indemnification obligations of DOC to Cox will be secured by the existing first position deed of trust held

5

1. by Cox on the Willcox Truck Plaza.

12. In the event of a default by DOC under the Plan with regard to the Cox Claim, the default provisions set forth in the existing loan documents between DOC and the Coxes will apply, including but not limited to the ability to initiate foreclosure proceedings against the Willcox Truck Plaza. The Coxes shall give DOC written notice of any alleged default, and a thirty (30) day opportunity to cure, prior to exercising any alleged rights and remedies.

13. Cox will agree to support any Plan or Reorganization that incorporates the terms set forth in this Settlement and as agreed to by the Parties.

14. The Parties negotiated the Settlement at arms-length and in good faith. The Parties believe that the Settlement is fair and equitable, and serves the best interests of the Debtor's estate and its creditors. Therefore, the Parties respectfully request that the Court approve the Settlement.

**II. LEGAL ARGUMENT IN SUPPORT OF APPROVAL.**

Bankruptcy Rule 9019 provides that on motion by a trustee or other party in interest, the Court may approve a compromise or settlement. Fed. R. Bankr. P. 9019(a). "[S]ettlements are generally favored in bankruptcy proceedings in that they provide for an often needed and efficient resolution in a bankruptcy case." *Tindall v. Mavrode (In re Mavrode)*, 205 B.R. 716, 719 (Bankr. D.N.J. 1997); *see also In re Stein*, 236 B.R. 34, 37 (D. Or. 1999) ("Pursuant to Bankruptcy Rule 9019(a), compromises are favored in bankruptcy . . . ."). "[B]ankruptcy courts historically have encouraged trustees to settle lawsuits to the end that the administration of the estate may be wound up promptly." *In re Dow Corning Corp.*, 198 B.R. 214, 246 (Bankr. E.D.Mich. 1996). The Parties submit that the facts and circumstances demonstrate that the Settlement is fair, equitable, in the best interests of the estate and its creditors, and should be approved by the Court under 11 U.S.C. § 105 and Bankruptcy Rule 9019(a).

The decision of whether to approve or reject a proposed compromise is left to the sound discretion of the Court, and is to be determined based on the particular facts and

6

circumstances of each case. *Martin v. Kane (In re A & C Props.)*, 784 F.2d 1377, 1380-81 (9th Cir. 1986), cert. denied sub nom, *Martin v. Robinson*, 479 U.S. 854 (1986); *In re Walsh Constr., Inc.*, 669 F.2d 1325, 1328 (9th Cir. 1982); *In re Woodson*, 839 F.2d 610, 620 (9th Cir. 1988); *In re A. & C. Props.*, 784 F.2d at 1381. The Supreme Court has held that compromises and settlements in bankruptcy proceedings should be approved if they are "fair and equitable." *Protective Comm. For Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968). More specifically, according to the Ninth Circuit, a court should review the following factors in considering whether to approve a proposed settlement in a bankruptcy case:

> (a) The probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; [and] (d) the paramount interests of the creditors and a proper deference to their reasonable views in the premises.

*Woodson*, 839 F.2d at 620 (*quoting A & C Props.*, 784 F.2d at 1381).

The Court need not conduct an exhaustive investigation into the validity or a mini-trial on the merits of the claims sought to be compromised. *In re Walsh Constr.*, 669 F.2d at 1328. In deciding whether to approve a settlement, the Court's responsibility is only to "canvass the issues to see 'whether the settlement falls below the lowest point in the zone of reasonableness.'" *Cosoff v. Rodman (In re W.T. Grant Co.)*, 699 F.2d 599, 608 (2d Cir. 1983), cert. denied, 464 U.S. 822 (1984) (quoting *Newman v. Stein*, 464 F.2d 689, 698 (2d Cir. 1972), cert. denied, 409 U.S. 1039 (1972)). Only if the bankruptcy court concludes that the settlement falls below the lowest point in the range of reasonableness should the compromise be rejected. *Official Comm. Of Unsecured Creditors v. Penn. Truck Lines, Inc. (In re Penn. Truck Lines, Inc.)*, 150 B.R. 595, 601 (Bankr. E.D.Pa. 1992).

In this case, the Settlement is fair and reasonable under the circumstances, will save the Parties from further costs of litigation relating to the claims asserted by Cox, and should be approved.

## III. CONCLUSION.

Based on the foregoing, and in light of the fact that settlements are favored in bankruptcy court proceedings, the Parties respectfully urge the Court to approve the Settlement. Accordingly, the Parties request that the Court:

    A.    Enter an Order approving the Settlement in the form attached as Exhibit A; and

    B.    Grant the Parties such other and further relief as the Court deems just and appropriate under the circumstances of this case.

SUBMITTED this 20th day of February, 2013.

**GALLAGHER & KENNEDY, P.A.**

By: /s/ Lindsi M. Weber
John R. Clemency
Lindsi M. Weber
2575 E. Camelback Road
Phoenix, Arizona 85016
*Attorneys for Debtor*

By: /s/ Alan R. Solot (with permission)
Alan R. Solot, Esq.
2701 E. Speedway Ste. 203
Tucson, Arizona 85716
*Attorney for William R. Cox, Cheryl J. Cox and Cox Investment Group, LLC*

COPIES of the foregoing were served
this 20th day of February, 2013, via
first-class, U.S. Mail, Email, and/or Facsimile
to the parties on the service list attached to the
Court's copy only.

/s/ Rachel H. Milazzo, CP

| | | |
|---|---|---|
| 3D Distribution<br>First Choice Distributing<br>4200 E. Broadway Road<br>Phoenix, AZ 85040 | Aetna<br>PO Box 894938<br>Los Angeles, CA 90189 | AFLAC<br>REMITTANCE PROCESSING CENTER<br>1932 WYNNTON ROAD<br>Columbus, GA 31999 |
| Ajen Distributing LLC<br>7010 Hot Desert Trail<br>Tucson, AZ 85743 | American Business Supplies<br>PO Box 7393<br>Mesa, AZ 85216 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096 |
| Amerigas Tucson<br>2455 W. Wetmore Road<br>Tucson, AZ 85705 | ANS Distributing<br>3970 S. Evans Blvd.<br>Tucson, AZ 85714 | APS<br>PO Box 2907<br>Phoenix, AZ 85062 |
| Arizona Certified Testing<br>2703 S. Ladonna Lane<br>Sierra Vista, AZ 85650 | Arizona Department of Economic Security<br>1717 W. Jefferson, Room 119<br>Phoenix, AZ 85007 | Arizona Department of Revenue<br>c/o Tax, Bankruptcy, and Collection<br>1275 W. Washington Avenue<br>Phoenix, AZ 85007 |
| Arizona Ice King, Inc.<br>1825 W. Thatcher Blvd.<br>Safford, AZ 85546 | Arizona Restaurant Supply<br>6077 N. Travel Center Drive<br>Tucson, AZ 85741 | Arizona Water Company –<br>Sierra Vista<br>77 Calle Portal, B120<br>Sierra Vista, AZ 85635 |
| Bernard L. Magnussen<br>401 Burgess Dr. Ste. A<br>Menlo Park, CA 94025 | Besam Entrance Solutions<br>PO Box 827375<br>Philadelphia, PA 19182 | Brown Evans Distributing<br>PO Box 5840<br>Mesa, AZ 85211 |
| Butterfield Alvernon Owners<br>1100 N. Wilmot Ste. 200<br>Tucson, AZ 85712 | Canyon Community Bank<br>7981 N. Oracle Road<br>Tucson, AZ 85704 | Cardtronics<br>PO Box 4346<br>Dept. 364<br>Houston, TX 77210 |
| Carl's Towing Corp.<br>PO Box 802<br>Payson, AZ 85547 | Century Link<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | Chase Card Member Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| City of Benson<br>PO Box 2223<br>Benson, AZ 85602 | Chuck's Ref & Appliance Service<br>PO Box 1736<br>Show Low, AZ 85902 | City of Sierra Vista<br>P.O. Box 52413<br>Phoenix, AZ 85072-2413 |
| City of Bisbee<br>118 Arizona Street<br>Bisbee, AZ 85603 | City of Willcox<br>101 S. Railroad Ave. Ste B<br>Willcox, AZ 85643 | City of Tucson<br>PO Box 28804<br>Tucson, AZ 85726 |

| | | |
|---|---|---|
| Cochise County Treasurer<br>P.O. Box 1778<br>Bisbee, AZ 85603-2778 | Coca Cola Bottling Company<br>P.O. Box 53158<br>Los Angeles, CA 90074-3158 | Compass Bank<br>PO Box 2210<br>Decatur, AL 35699 |
| Community Water<br>PO Box 52687<br>Phoenix, AZ 85072 | Cox Family Trust<br>7450 N. Camino Sin Vacas<br>Tucson, AZ 85718 | Contractors Bonding & Insurance<br>PO Box 9271<br>PXE0191191<br>Seattle, WA 98109 |
| EA Sween Company<br>Attn: Linda Mack<br>16101 W. 78th Street<br>Eden Prairie, MN 55344 | Dairy Maid Foods<br>PO Box 52453<br>Phoenix, AZ 85072 | EA Glass<br>2711 W. US Hwy 70 Ste A<br>Thatcher, AZ 85552 |
| Dware Sunglasses Corp.<br>111 E. Dunlap Ste 1-129<br>Phoenix, AZ 85020 | Ernest Davisworth<br>3851 W. North Aire Place<br>Tucson, AZ 85741 | Edward E. Havins Family Trust<br>P.O. Box 3894<br>Show Low, Arizona 85901 |
| First Insurance Funding<br>PO Box 66468<br>Chicago, IL 60666 | Farmers Bros.<br>3818 S. Evans Blvd.<br>Tucson, AZ 85714 | Frito Lay Inc.<br>75 Remittance Drive Ste. 1217<br>Chicago, IL 60675 |
| Franks Electrical LLC<br>PO Box 343<br>Clay Springs, AZ 85923 | G. Neil Direct Mail Inc.<br>PO Box 451179<br>Fort Lauderdale, FL 33345 | Frontier<br>PO Box 340<br>Elk Grove, CA 95759 |
| Graham County Treasurer<br>P.O. Box 747<br>Safford, AZ 85548 | Gila County Treasurer<br>1400 E. Ash Street<br>Globe, AZ 85501 | Graves Propane Co.<br>1342 E. White Mountain<br>Pinetop, AZ 85935 |
| Graham County Utilities Inc.<br>PO Box Drawer B<br>14434-5<br>Pima, AZ 85543 | Grohall Inc.<br>255 E. Grant Road<br>Tucson, AZ 85705 | Green Valley Plumbing Inc.<br>PO Box 1424<br>Green Valley, AZ 85622 |
| HUB International Services<br>2375 E. Camelback Road<br>Suite 250<br>Phoenix, AZ 85016 | Hostess Cake Interstate<br>IBC Interstate Brands Corp.<br>PO Box 108<br>Ogden, UT 84402 | Jackson Oil Company<br>3450 Commercial Court<br>Meridian, ID 83642 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Kenneth T & Carol Revocable Trust<br>759 S. Haskell<br>Willcox, AZ 85643 | Kalil Bottling Co.<br>PO Box 26888<br>Tucson, AZ 85726 |

| | | |
|---|---|---|
| Lion Uniform Group<br>PO Box 643783<br>Cincinnati, OH 45264 | Lindsey Foods Inc.<br>PO Box 669<br>Safford, AZ 85548 | MCO Inc.<br>PO Box 459<br>Youngtown, AZ 85363 |
| McLane Co. Inc.<br>14149 W. McDowell Road<br>Goodyear, AZ 85395 | Mountain View Marketing<br>215 N. 1800 West<br>Lindon, UT 84042 | Mike's Refrigeration<br>PO Box 544<br>Tombstone, AZ 85638 |
| Muzak Business Music Inc.<br>PO Box 2568<br>Amarillo, TX 79105 | MSC Distributing Inc.<br>Attn: Craig Stevenson<br>PO Box 1830<br>Phoenix, AZ 85001 | Navajo County Treasurer's Office<br>100 East Code Talkers Drive<br>South Highway 77 - P.O. Box 668<br>Holbrook, AZ 86025 |
| Nationwide Agribusiness<br>Farmland Insurance Corp.<br>PO Box 10491<br>Des Moines, IA 50306 | Northland Premier Distributors<br>PO Box 42019<br>Mesa, AZ 85274 | Navopache Electric Cooperative<br>1878 W. White Countain Blvd.<br>Lakeside, AZ 85929 |
| Old Pueblo Septic & Drain Inc.<br>6955 Camino Martin #108<br>Tucson, AZ 85741 | Nuco 2<br>PO Box 252352<br>Stuart, FL 34995 | Pepsi<br>PO Box 75693<br>Chicago, IL 60675 |
| Paul Oil Company<br>PO Box 248<br>524 N. Sierra Ave.<br>Oakdale, CA 95361 | Pepsi Cola Show Low<br>4980 E. Railhead Ave.<br>Flagstaff, AZ 86004 | Pepsi Cola Bottling Company<br>Attn: Karl Schade<br>PO Box 1076<br>Safford, AZ 85548 |
| Pinetop Lakeside Sanitary Dist.<br>Route #3 Box P-LSD<br>Lakeside, AZ 85929 | Pima County Treasurer's Office<br>115 North Church Avenue<br>Tucson, AZ 85701 | Pinnacle<br>201 E. Abram Street<br>Arlington, TX 76010 |
| Pinetop Water<br>Community Facilities District<br>PO Box 87<br>Pinetop, AZ 85935 | Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711 | Pitney Bowes<br>PO Box 856042<br>Louisville, KY 40285 |
| Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101 | Quail Hollow Inn, LLC<br>759 S. Haskell<br>Willcox, AZ 85643 | Revenue Discovery Systems<br>2317 Third Ave North Ste 200<br>Birmingham, AL 35203 |
| Reddy Ice Corporation<br>PO Box 730505<br>Dallas, TX 75373 | Saguaro Environmental Services<br>Inc.<br>PO Box 78829<br>Phoenix, AZ 85062 | Rural Metro Fire Department<br>490 W. Magee Road<br>Tucson, AZ 85704 |

| | | |
|---|---|---|
| Smith Maps & Paper<br>333 Durian Street<br>Vista, CA 92083 | Shamrock Foods<br>2228 N. Black Canyon Hwy.<br>Phoenix, AZ 85009 | Swire Coca Cola<br>Swire Pacific Holdings<br>PO Box 1625<br>Draper, UT 84020 |
| Southwest Gas Corp.<br>P.O. Box 98890<br>Las Vegas, NV 89150-0101 | Thatcher Municipal Utilities<br>P.O. Box 670<br>Thatcher AZ 85552 | Terminix Pest Control Inc.<br>2104 N. Forbes Blvd. Ste 101<br>Tucson, AZ 85745 |
| Town of Marana<br>Water Department<br>5100 W. Ina Road<br>Tucson, AZ 85743 | The Wasserstrom Company<br>477 S. Front Street<br>Columbus, OH 43215 | Trimble Mobile Solutions<br>Dept. 33871<br>PO Box 39000<br>San Francisco, CA 94319 |
| Trejo Oil Company, Inc.<br>c/o Wayne L. Gardner, Gunderson,<br>Denton & Peterson, P.C.<br>1930 N. Arboleda Road, Suite 201<br>Mesa, Arizona 85213 | General Parts, LLC<br>11311 Hampshire Ave. South<br>Bloomington, MN 55438 | Tucson Electric & Power Company<br>PO Box 80077<br>Prescott, AZ 86304 |
| United Fire Equipment Co.<br>335 N. 4th Ave.<br>Tucson, AZ 85705 | John C.E. Barrett<br>DeConcini McDonald<br>Yetwin & Lacy P.C.<br>2525 E. Broadway Blvd., Suite 200<br>Tucson, Arizona 85716-5300 | Valley Telecom<br>PO Box 970<br>Willcox, AZ 85644 |
| US Food Service<br>2838 Collections Center Drive<br>Chicago, IL 60693 | Vista Recycling Inc.<br>114 W. 8th Street<br>Safford, AZ 85546 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266 |
| Water Tec of Tucson Inc.<br>4601 S. 3rd Ave.<br>Tucson, AZ 85714 | Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062 | White Mountain Bait & Tackle<br>1300 W. McNeil<br>Show Low, AZ 85901 |
| Western Carwash Solutions<br>325 S. Westwood Suite 6<br>Mesa, AZ 85210 | A-MART, L.L.C.<br>2021 N. Ajo<br>Gila Bend Hwy/Ajo<br>Ajo, AZ 85321 | Xerox Corporation<br>PO Box 7405<br>Pasadena, CA 91109 |
| Casey & Debbie Faunce<br>DC Cross Merchantile<br>3722 N. Wadsworth Road<br>Willcox, AZ 85643 | Bob's IGA West, LLC<br>900 W. Rex Allen Drive<br>Willcox, AZ 85643 | DNB, LLC<br>PO Box 57403<br>Tucson, AZ 85732 |
| Dairy Queen of Southern Arizona, Inc.<br>1700 E. 11th Street<br>Douglas, AZ 85607 | Linda Moser & Sean Chaffey<br>Willcox Real Estate<br>916 W. Rex Allen Drive<br>Willcox, AZ 85643 | Jackson Oil Company Inc.<br>3450 Commercial Court<br>Meridian, ID 83642 |

| | | |
|---|---|---|
| Merle's Automotive Supply<br>P.O. Box 50584<br>33 W. University Blvd.<br>Tucson, AZ 85703 | Kazi Enterprise Inc.<br>101 E. Monroe Ave.<br>Buckeye, AZ 85326 | Smart Fashion<br>5565 W. Heather Drive<br>Willcox, AZ 85643 |
| Mark Koelzer<br>Ace Hardware<br>1030 N. Arizona Blvd.<br>Coolidge, AZ 85228 | Kenneth T. & Carol Dunlap<br>Rev Trust<br>759 S. Haskell<br>Willcox, AZ 85643 | Hollywood Design<br>3410 W. Jackson Lane<br>Willcox AZ 85643 |
| ECOLAB<br>P.O. Box 100512<br>Pasadena, CA 91189 | Tyson Gymnastic Center, LLC<br>4231 S. Station Master<br>Tucson, AZ 85714 | Best Western International, Inc.<br>PO Box 53505<br>Phoenix, AZ 85072 |
| Arizona Department of Revenue<br>c/o Tax, Bankruptcy, and Collection<br>1275 W. Washington Avenue<br>Phoenix, AZ 85007 | QBE Crest Insurance Group<br>5285 E. Williams Circle<br>Suite 4500<br>Tucson, AZ 85711 | Heartland Food Products<br>1900 W. 47TH Place, Suite 302<br>Mission, KS 66205 |
| Century Manufacturing Corporation<br>P.O. Box 2208<br>Seaford, NY 11783 | Century Link<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | Safeway<br>20427 N. 27th Avenue<br>Phoenix, AZ 85027 |
| Chase Card Member Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Sysco Guest Supply<br>P.O. Box 910<br>Monmouth Junction, NJ 8852 | Room Results Inc.<br>3378 Upper Pleasant Valley Road<br>Cambridge, VT 5444 |
| Cox Cable<br>1440 E. 15th Street<br>Tucson, AZ 85719 | Shamrock Foods<br>PO Box 52438<br>Phoenix, AZ 85072 | Liggett Vector Brands Inc.<br>Consumer Relations<br>100 Maple Lane<br>Mebane, North Carolina 27302 |
| Best Western International, Inc.<br>6201 N. 24th Parkway<br>Phoenix, AZ 85016-2023 | LARRY L. WATSON<br>Office of the United States Trustee<br>230 N. First Ave, Suite 204<br>Phoenix, Arizona 85003 | Mr. Pat Lopez<br>Rusing, Lopez and Lizardi<br>6363 N. Swan Rd., Suite 151<br>Tucson, Arizona 85718 |
| Alan R. Solot<br>2701 E. Speedway, Suite 203<br>Tucson, Arizona 85716 | Room Results Inc.<br>312 Lake Vista South<br>Lewisville, TX 75077 | SSVEC<br>350 N. Haskell Avenue<br>Willcox, AZ 85643 |
| David Wm. Engelman<br>Bradley D. Pack<br>ENGELMAN BERGER, P.C.<br>3636 North Central Ave, Ste 700<br>Phoenix, Arizona 85012 | Michael G. Helms<br>HELMS LAW FIRM, P.L.C.<br>2600 N. Central Avenue<br>Suite 940<br>Phoenix, Arizona 85004 | Jerome Romero, Esq.<br>Jones Waldo<br>170 S. Main St., #1500<br>Salt Lake City, UT 84101 |

Barbara Lawall
Daniel S. Jurkowitz
Pima County Attorney
Grant Winston
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701

Frederick Petersen
MESCH, CLARK & ROTHSCHILD P.C.
259 N. Meyer Avenue
Tucson, Arizona 85701-1090

DEAN M. DINNER
NUSSBAUM GILLIS & DINNER, P.C.
14850 N. SCOTTSDALE ROAD
SUITE 450
SCOTTSDALE, AZ 85254

Terry Bannon
Cochise County Attorney's Office/Civil
PO Drawer CA
Bisbee, AZ 85603

Jeffrey G. Baxter
Pat P. Lopez III
Rebecca K. O'Brien
Rusing Lopez & Lizardi PLLC
6363 N. Swan Rd., #151
Tucson, AZ 85718

Jonathan M. Saffer
Snell & Wilmer L.L.P.
One S. Church Ave., Suite 1500
Tucson, AZ 85701-1630

Larry K. Udall
Curtis, Goodwin, Sullivan, Udall & Schwab, PLC.
501 East Thomas Road
Phoenix, Arizona 85012

Pearce Financial Corporation Profit Sharing Plan
6340 N. Campbell Avenue
Suite 278
Tucson, Arizona 85718