John R. Clemency (Bar No. 009646)
Lindsi M. Weber (Bar No. 025820)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
lindsi.weber@gknet.com
*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DUNLAP OIL COMPANY, INC., | Case No. 4:12-bk-23252-BMW |
| QUAIL HOLLOW INN, LLC, | Case No. 4:12-bk-23256-BMW |
| Debtors. | (Jointly Administered) |
| Filing applies to:<br>DUNLAP OIL COMPANY, INC. ☐<br>QUAIL HOLLOW INN, LLC ☐<br>BOTH ☒ | **NOTICE OF CREDIT COMMITMENT AND UPDATE REGARDING CANYON COMMUNITY BANK'S MOTION TO COMPEL DEBTORS TO PROVIDE MONTHLY OPERATING REPORTS** |

Dunlap Oil Company, Inc. ("DOC") and Quail Hollow Inn, LLC ("QHI") (collectively the "Debtors"), debtors in the above-captioned jointly administered cases, by and through undersigned counsel, hereby provide the Court and interested parties with the following notice and status update regarding the Debtors' post-confirmation credit commitment received from Jackson Oil Company ("Jackson"), which is relevant to correcting the erroneous assertions set forth in the *Motion to Compel Debtors to Provide Monthly Operating Reports* filed by Canyon Community Bank ("CCB") on August 14, 2013 (Dkt. #376; the "Motion") and CCB's Reply in Support (Dkt. #378).

First, CCB has erroneously asserted that confirmation of the Debtors' pending Plan should be delayed until the Debtors' controller (who was out of the office for a much-needed vacation)[1] completes the June and July monthly operating reports – allegedly on the basis that such reports will somehow inform the Court's analysis of Plan feasibility. CCB is wrong, and the Debtors' monthly operating reports are not the final say, nor do they necessarily reflect, the feasibility of the Debtors' post-confirmation operations.

For example, contrary to CCB's assertions, the Debtors have incurred substantial transition expenses in connection with the return of certain stations to CCB and Pineda, including but not limited to severance payments, closure costs, and other related expenses. Accordingly, it is expected that the most recent operating reports will reflect increased expenses (rather than decreased, as hypothesized by CCB) for the company.

Regardless, the Debtors have received a renewed commitment from Jackson to provide post-confirmation inventory credit to assist in the Debtors' acquisition of increased fuel and inventory for post-confirmation sales. *See* Exhibit A – letter from Tony Stone, President of Jackson Oil Company ("Upon confirmation of Dunlap Oil Company's reorganization plan, Jackson Oil Company will agree to extend Dunlap Oil Company three (3) day credit terms on all fuel purchases). The credit commitment from Jackson will allow Dunlap to purchase the fuel projected for sale in the Declaration of Steve Odenkirk that was admitted into evidence at the hearing on confirmation of the Plan.

CCB's reliance on pre-confirmation operating reports to assess feasibility is further flawed on the basis that the circumstances of the Debtors' future operations after confirmation of the Plan will differ significantly (and more favorably based on the fuel inventory credit terms provide by Jackson) from recent months' operations. Accordingly,

---

[1] The Debtors' controller is back from vacation and is working diligently to prepare the monthly operating reports. It is anticipated that the June and July reports will be filed on or prior to September 13.

| | |
|---|---|
| 1 | there is no basis to delay a decision on confirmation of the Plan pending completion of |
| 2 | recent monthly operating reports that will not reflect the Debtors' post-confirmation |
| 3 | performance (and in fact will include substantial additional transition expenses). |
| 4 | RESPECTFULLY SUBMITTED this 4th day of September, 2013. |

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Lindsi M. Weber*
John R. Clemency
Lindsi M. Weber
2575 E. Camelback Road
Phoenix, Arizona 85016
*Attorneys for Debtors*

COPIES of the foregoing were served
this 4th day of September, 2013 via
first-class, U.S. Mail, Email, and/or Facsimile
to the parties on the attached service list.

By: */s/ Rachel H. Milazzo, ACP*

3D Distribution
First Choice Distributing
4200 E. Broadway Road
Phoenix, AZ 85040

Aetna
PO Box 894938
Los Angeles, CA 90189

AFLAC
REMITTANCE PROCESSING CENTER
1932 WYNNTON ROAD
Columbus, GA 31999

Ajen Distributing LLC
7010 Hot Desert Trail
Tucson, AZ 85743

American Business Supplies
PO Box 7393
Mesa, AZ 85216

American Express
PO Box 0001
Los Angeles, CA 90096

Amerigas Tucson
2455 W. Wetmore Road
Tucson, AZ 85705

ANS Distributing
3970 S. Evans Blvd.
Tucson, AZ 85714

APS
PO Box 2907
Phoenix, AZ 85062

Arizona Certified Testing
2703 S. Ladonna Lane
Sierra Vista, AZ 85650

Arizona Department of Economic Security
1717 W. Jefferson, Room 119
Phoenix, AZ 85007

Arizona Department of Revenue
c/o Tax, Bankruptcy, and Collection
1275 W. Washington Avenue
Phoenix, AZ 85007

Arizona Ice King, Inc.
1825 W. Thatcher Blvd.
Safford, AZ 85546

Arizona Restaurant Supply
6077 N. Travel Center Drive
Tucson, AZ 85741

Arizona Water Company –
Sierra Vista
77 Calle Portal, B120
Sierra Vista, AZ 85635

Bernard L. Magnussen
401 Burgess Dr. Ste. A
Menlo Park, CA 94025

Besam Entrance Solutions
PO Box 827375
Philadelphia, PA 19182

Brown Evans Distributing
PO Box 5840
Mesa, AZ 85211

Butterfield Alvernon Owners
1100 N. Wilmot Ste. 200
Tucson, AZ 85712

Canyon Community Bank
7981 N. Oracle Road
Tucson, AZ 85704

Cardtronics
PO Box 4346
Dept. 364
Houston, TX 77210

Carl's Towing Corp.
PO Box 802
Payson, AZ 85547

Century Link
P.O. Box 29040
Phoenix, AZ 85038-9040

Chase Card Member Service
P.O. Box 94014
Palatine, IL 60094-4014

City of Benson
PO Box 2223
Benson, AZ 85602

Chuck's Ref & Appliance Service
PO Box 1736
Show Low, AZ 85902

City of Sierra Vista
P.O. Box 52413
Phoenix, AZ 85072-2413

City of Bisbee
118 Arizona Street
Bisbee, AZ 85603

City of Willcox
101 S. Railroad Ave. Ste B
Willcox, AZ 85643

City of Tucson
PO Box 28804
Tucson, AZ 85726

Cochise County Treasurer
P.O. Box 1778
Bisbee, AZ 85603-2778

Coca Cola Bottling Company
P.O. Box 53158
Los Angeles, CA 90074-3158

Compass Bank
PO Box 2210
Decatur, AL 35699

Community Water
1501 S. LaCanada Drive
Green Valley, AZ 85622

Cox Family Trust
7450 N. Camino Sin Vacas
Tucson, AZ 85718

Contractors Bonding & Insurance
PO Box 9271
PXE0191191
Seattle, WA 98109

EA Sween Company
Attn: Linda Mack
16101 W. 78th Street
Eden Prairie, MN 55344

Dairy Maid Foods
PO Box 52453
Phoenix, AZ 85072

EA Glass
2711 W. US Hwy 70 Ste A
Thatcher, AZ 85552

Dware Sunglasses Corp.
111 E. Dunlap Ste 1-129
Phoenix, AZ 85020

Ernest Davisworth
3851 W. North Aire Place
Tucson, AZ 85741

Edward E. Havins Family Trust
P.O. Box 3894
Show Low, Arizona 85901

First Insurance Funding
PO Box 66468
Chicago, IL 60666

Farmers Bros.
3818 S. Evans Blvd.
Tucson, AZ 85714

Frito Lay Inc.
75 Remittance Drive Ste. 1217
Chicago, IL 60675

Franks Electrical LLC
PO Box 343
Clay Springs, AZ 85923

G. Neil Direct Mail Inc.
PO Box 451179
Fort Lauderdale, FL 33345

Frontier
2378 Wilshire Blvd.
Mound, MN 55364

Graham County Treasurer
P.O. Box 747
Safford, AZ 85548

Gila County Treasurer
1400 E. Ash Street
Globe, AZ 85501

Graves Propane Co.
1342 E. White Mountain
Pinetop, AZ 85935

Graham County Utilities Inc.
PO Box Drawer B
14434-5
Pima, AZ 85543

Grohall Inc.
255 E. Grant Road
Tucson, AZ 85705

Green Valley Plumbing Inc.
PO Box 1424
Green Valley, AZ 85622

HUB International Services
2375 E. Camelback Road
Suite 250
Phoenix, AZ 85016

Hostess Cake Interstate
IBC Interstate Brands Corp.
PO Box 108
Ogden, UT 84402

Jackson Oil Company
3450 Commercial Court
Meridian, ID 83642

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Kenneth T & Carol Revocable Trust
759 S. Haskell
Willcox, AZ 85643

Kalil Bottling Co.
PO Box 26888
Tucson, AZ 85726

Lion Uniform Group
PO Box 643783
Cincinnati, OH 45264

Lindsey Foods Inc.
PO Box 669
Safford, AZ 85548

MCO Inc.
PO Box 459
Youngtown, AZ 85363

McLane Co. Inc.
14149 W. McDowell Road
Goodyear, AZ 85395

Mountain View Marketing
215 N. 1800 West
Lindon, UT 84042

Mike's Refrigeration
PO Box 544
Tombstone, AZ 85638

Muzak Business Music Inc.
PO Box 2568
Amarillo, TX 79105

MSC Distributing Inc.
Attn: Craig Stevenson
PO Box 1830
Phoenix, AZ 85001

Navajo County Treasurer's Office
100 East Code Talkers Drive
South Highway 77 - P.O. Box 668
Holbrook, AZ 86025

Nationwide Agribusiness
Farmland Insurance Corp.
PO Box 10491
Des Moines, IA 50306

Northland Premier Distributors
PO Box 42019
Mesa, AZ 85274

Navopache Electric Cooperative
1878 W. White Countain Blvd.
Lakeside, AZ 85929

Old Pueblo Septic & Drain Inc.
6955 Camino Martin #108
Tucson, AZ 85741

Nuco 2
PO Box 252352
Stuart, FL 34995

Pepsi
PO Box 75693
Chicago, IL 60675

Paul Oil Company
PO Box 248
524 N. Sierra Ave.
Oakdale, CA 95361

Pepsi Cola Show Low
4980 E. Railhead Ave.
Flagstaff, AZ 86004

Pepsi Cola Bottling Company
Attn: Karl Schade
PO Box 1076
Safford, AZ 85548

Jonathan M. Saffer
Snell & Wilmer L.L.P.
One S. Church Ave., Suite 1500
Tucson, AZ 85701-1630

Pima County Treasurer's Office
115 North Church Avenue
Tucson, AZ 85701

Pinnacle
201 E. Abram Street
Arlington, TX 76010

Pinetop Water
Community Facilities District
PO Box 87
Pinetop, AZ 85935

Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711

Pitney Bowes
PO Box 856042
Louisville, KY 40285

Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Quail Hollow Inn, LLC
759 S. Haskell
Willcox, AZ 85643

Revenue Discovery Systems
2317 Third Ave North Ste 200
Birmingham, AL 35203

Reddy Ice Corporation
PO Box 730505
Dallas, TX 75373

Saguaro Environmental Services Inc.
PO Box 78829
Phoenix, AZ 85062

Rural Metro Fire Department
490 W. Magee Road
Tucson, AZ 85704

| | | |
|---|---|---|
| Smith Maps & Paper<br>333 Durian Street<br>Vista, CA 92083 | Shamrock Foods<br>2228 N. Black Canyon Hwy.<br>Phoenix, AZ 85009 | Swire Coca Cola<br>Swire Pacific Holdings<br>PO Box 1625<br>Draper, UT 84020 |
| Southwest Gas Corp.<br>P.O. Box 98890<br>Las Vegas, NV 89150-0101 | Thatcher Municipal Utilities<br>P.O. Box 670<br>Thatcher AZ 85552 | Terminix Pest Control Inc.<br>2104 N. Forbes Blvd. Ste 101<br>Tucson, AZ 85745 |
| Town of Marana<br>Water Department<br>5100 W. Ina Road<br>Tucson, AZ 85743 | The Wasserstrom Company<br>477 S. Front Street<br>Columbus, OH 43215 | Trimble Mobile Solutions<br>Dept. 33871<br>PO Box 39000<br>San Francisco, CA 94319 |
| Trejo Oil Company, Inc.<br>c/o Wayne L. Gardner, Gunderson,<br>Denton & Peterson, P.C.<br>1930 N. Arboleda Road, Suite 201<br>Mesa, Arizona 85213 | General Parts, LLC<br>11311 Hampshire Ave. South<br>Bloomington, MN 55438 | Tucson Electric & Power Company<br>PO Box 80077<br>Prescott, AZ 86304 |
| United Fire Equipment Co.<br>335 N. 4th Ave.<br>Tucson, AZ 85705 | James A. Jutry<br>DeConcini McDonald<br>Yetwin & Lacy P.C.<br>2525 E. Broadway Blvd., Suite 200<br>Tucson, Arizona 85716-5300 | Valley Telecom<br>PO Box 970<br>Willcox, AZ 85644 |
| US Food Service<br>2838 Collections Center Drive<br>Chicago, IL 60693 | Vista Recycling Inc.<br>114 W. 8th Street<br>Safford, AZ 85546 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266 |
| Water Tec of Tucson Inc.<br>4601 S. 3rd Ave.<br>Tucson, AZ 85714 | Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062 | White Mountain Bait & Tackle<br>1300 W. McNeil<br>Show Low, AZ 85901 |
| | A-MART, L.L.C.<br>2021 N. Ajo<br>Gila Bend Hwy/Ajo<br>Ajo, AZ 85321 | Xerox Corporation<br>PO Box 7405<br>Pasadena, CA 91109 |
| Casey & Debbie Faunce<br>DC Cross Merchantile<br>3722 N. Wadsworth Road<br>Willcox, AZ 85643 | Bob's IGA West, LLC<br>900 W. Rex Allen Drive<br>Willcox, AZ 85643 | DNB, LLC<br>PO Box 57403<br>Tucson, AZ 85732 |
| Dairy Queen of Southern Arizona, Inc.<br>1700 E. 11th Street<br>Douglas, AZ 85607 | Linda Moser & Sean Chaffey<br>Willcox Real Estate<br>916 W. Rex Allen Drive<br>Willcox, AZ 85643 | Jackson Oil Company Inc.<br>3450 Commercial Court<br>Meridian, ID 83642 |

| | | |
|---|---|---|
| Merle's Automotive Supply<br>P.O. Box 50584<br>33 W. University Blvd.<br>Tucson, AZ 85703 | Kazi Enterprise Inc.<br>101 E. Monroe Ave.<br>Buckeye, AZ 85326 | Smart Fashion<br>5565 W. Heather Drive<br>Willcox, AZ 85643 |
| Mark Koelzer<br>Ace Hardware<br>1030 N. Arizona Blvd.<br>Coolidge, AZ 85228 | Kenneth T. & Carol Dunlap<br>Rev Trust<br>759 S. Haskell<br>Willcox, AZ 85643 | Hollywood Design<br>3410 W. Jackson Lane<br>Willcox AZ 85643 |
| ECOLAB<br>P.O. Box 100512<br>Pasadena, CA 91189 | Tyson Gymnastic Center, LLC<br>4231 S. Station Master<br>Tucson, AZ 85714 | Best Western International, Inc.<br>PO Box 53505<br>Phoenix, AZ 85072 |
| Arizona Department of Revenue<br>c/o Tax, Bankruptcy, and Collection<br>1275 W. Washington Avenue<br>Phoenix, AZ 85007 | QBE Crest Insurance Group<br>5285 E. Williams Circle<br>Suite 4500<br>Tucson, AZ 85711 | Heartland Food Products<br>1900 W. 47TH Place, Suite 302<br>Mission, KS 66205 |
| Century Manufacturing Corporation<br>P.O. Box 2208<br>Seaford, NY 11783 | Century Link<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | Safeway<br>20427 N. 27th Avenue<br>Phoenix, AZ 85027 |
| Chase Card Member Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Sysco Guest Supply<br>P.O. Box 910<br>Monmouth Junction, NJ 8852 | Room Results Inc.<br>3378 Upper Pleasant Valley Road<br>Cambridge, VT 05444 |
| Cox Cable<br>1440 E. 15th Street<br>Tucson, AZ 85719 | Shamrock Foods<br>PO Box 52438<br>Phoenix, AZ 85072 | Liggett Vector Brands Inc.<br>Consumer Relations<br>100 Maple Lane<br>Mebane, North Carolina 27302 |
| Best Western International, Inc.<br>6201 N. 24th Parkway<br>Phoenix, AZ 85016-2023 | LARRY L. WATSON<br>Office of the United States Trustee<br>230 N. First Ave, Suite 204<br>Phoenix, Arizona 85003 | Mr. Pat Lopez<br>Rusing, Lopez and Lizardi<br>6363 N. Swan Rd., Suite 151<br>Tucson, Arizona 85718 |
| Alan R. Solot<br>2701 E. Speedway, Suite 203<br>Tucson, Arizona 85716 | Room Results Inc.<br>312 Lake Vista South<br>Lewisville, TX 75077 | SSVEC<br>350 N. Haskell Avenue<br>Willcox, AZ 85643 |
| David Wm. Engelman<br>Bradley D. Pack<br>ENGELMAN BERGER, P.C.<br>3636 North Central Ave, Ste 700<br>Phoenix, Arizona 85012 | Michael G. Helms<br>HELMS LAW FIRM, P.L.C.<br>2600 N. Central Avenue, Suite 940<br>Phoenix, Arizona 85004 | Jerome Romero, Esq.<br>Jones Waldo<br>170 S. Main St., #1500<br>Salt Lake City, UT 84101 |

Barbara Lawall
Daniel S. Jurkowitz
Pima County Attorney
Grant Winston
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701

Terry Bannon
Cochise County Attorney's Office/Civil
PO Drawer CA
Bisbee, AZ 85603

Larry K. Udall
Curtis, Goodwin, Sullivan,
Udall & Schwab, PLC.
501 East Thomas Road
Phoenix, Arizona 85012

Frederick Petersen
MESCH, CLARK & ROTHSCHILD P.C.
259 N. Meyer Avenue
Tucson, Arizona 85701-1090

Jeffrey G. Baxter
Pat P. Lopez III
Rebecca K. O'Brien
Rusing Lopez & Lizardi PLLC
6363 N. Swan Rd., #151
Tucson, AZ 85718

Pearce Financial Corporation
Profit Sharing Plan
6340 N. Campbell Avenue
Suite 278
Tucson, Arizona 85718

Dean M. Dinner
Nussbaum Gillis & Dinner, P.C.
14850 N. Scottsdale Road, Ste. 450
Scottsdale, AZ 85254

Dale C. Schian, Esq.
Schian Walker, P.L.C.
1850 North Central Avenue, #900
Phoenix, Arizona 85004-4531