John R. Clemency (Bar No. 009646)
Lindsi M. Weber (Bar No. 025820)
Tyler J. Carrell (Bar No. 028020)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
lindsi.weber@gknet.com
*Attorneys for Debtors/Defendant Dunlap Oil Company, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DUNLAP OIL COMPANY, INC., | Case No. 4:12-bk-23252-BMW |
| QUAIL HOLLOW INN, LLC, | Case No. 4:12-bk-23256-BMW |
| Debtors. | Adversary No. 4:13-ap-00827-BMW |
| Filing applies to: | **JOINT MOTION TO APPROVE SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT DUNLAP OIL COMPANY, INC.** |
| DUNLAP OIL COMPANY, INC. ☒ | |
| QUAIL HOLLOW INN, LLC ☐ | Formerly Cochise County Superior Court Case No. CV2013-00355 |
| BOTH ☐ | |

| | |
|---|---|
| 1 | BRITTANY AVILA, a single woman, |
| 2 | Plaintiff, |
| 3 | vs. |
| 4 | DUNLAP OIL COMPANY, INC., an Arizona corporation; KENNETH |
| 5 | DUNLAP and CAROL ANN DUNLAP, husband and wife; |
| 6 | GREGORY SMITH and JANE DOE SMITH, husband and wife, |
| 7 | |
| 8 | Defendants. |

Plaintiff Brittany Avila ("**Ms. Avila**") and Defendant Dunlap Oil Company, Inc. ("**Dunlap**" and collectively with Ms. Avila, the "**Settling Parties**"), by and through undersigned counsel, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, hereby jointly move for approval of the settlement reached between Dunlap and Ms. Avila (the "Settlement") in the pending adversary proceeding captioned *Brittany Avila v. Dunlap Oil Company, Inc., et al.,* Adversary No. 4:13-ap-00827-BMW (the "**Avila Adversary**"). The proposed Settlement Agreement is attached hereto as Exhibit "A."

The Settlement between Dunlap and Ms. Avila is based upon Dunlap's business judgment and is in the best interests of the Settling Parties, the estate and its creditors. Therefore, the Settling Parties respectfully request that the Court approve the settlement. This Motion is supported by the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. JURISDICTION.**

Pursuant to 28 U.S.C. §§ 1334 and 157, the Court has jurisdiction to consider this Motion. This Motion presents a core proceeding under the provisions of 28 U.S.C. §

2
Case 4:12-bk-23252-BMW    Doc 389    Filed 10/09/13    Entered 10/09/13 14:59:53    Desc
Main Document    Page 2 of 12

157(b)(2)(A) and (O). The relief requested by Dunlap is authorized by Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## II. RELIEF REQUESTED.

Through this Motion, the Settling Parties urge the Court to approve the proposed Settlement pursuant to 11 U.S.C § 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). Among other things, the Settlement provides for the resolution of all claims and causes of action alleged by and between Ms. Avila and Dunlap in the Avila Adversary.

The Parties negotiated the Settlement at arms-length and in good faith. The Parties believe that the Settlement is fair and equitable, and serves the best interests of the Settling Parties, the Debtor's estate and creditors. Therefore, the Parties respectfully request that the Court approve the Settlement Agreement.

## I. ESSENTIAL TERMS OF THE SETTLEMENT AGREEMENT.

In summary, the Settlement involves the following essential terms:

A. Resolution of the Avila Adversary, with a payment of $3,393 to Ms. Avila from Dunlap;

B. In exchange for the payment of $3,393, Ms. Avila will agree to dismiss her claims against Dunlap with prejudice.

## III. APPLICABLE STANDARDS FOR SETTLEMENT.

1. The proposed settlement between Dunlap and Ms. Avila meets the requirements of *Woodson v. Firemen's Fund Ins. Co. (In re Woodson)*, 839 F.2d 610 (9th Cir. 1988) and *Martin v. Kane (In re A&C Properties)*, 784 F.2d 1377 (9th Cir. 1986). *Woodson* declares that the Bankruptcy Court has great latitude in approving compromise agreements. *See Woodson*, 839 F.2d at 620. The function of compromise agreements is to avoid litigation, which by its nature involves expense and delay, unless there appears to be a sound legal basis for the litigation and a likelihood of substantial ultimate benefit to

3

1 | the estate.  *See In re General Store of Beverly Hills*, 11 B.R. 539, 541 (Bankr. 9th Cir. 1981); *see also A&C Properties*, 784 F.2d at 1384.

2. In considering a proposed compromise, the Court should consider: (a) the expense, benefits, hazards, and complexity of the litigation; (b) the time required to litigate the matter; and (c) whether disallowance of the settlement would result in waste of the estate's assets.  *In re General Store*, 784 at 541.

3. Consideration of these factors does not require the Court to decide questions of law or fact raised in the controversy to be settled, or to determine that the compromise presented is the best possible outcome between Dunlap and Ms. Avila.  Rather, the Court need only canvass the issues to determine whether the settlement falls within a "range of reasonableness with respect to settlement – a range which recognizes the uncertainties of law and fact in any particular case and the concomitant risks and costs necessarily inherent in taking any litigation to completion."  *Newman v. Stein*, 464 F.2d 689, 693 (2d. Cir. 1972).  Accordingly, if the Court finds the compromise is within that "range of reasonableness," it should be approved.  *See In re Planned Protective Services, Inc.,* 130 B.R. 94, 99 n.7 (Bankr. C.D. Cal. 1991).  Further, in considering a proposed compromise and settlement "the bankruptcy judge may give weight to the opinions of the trustee, the parties and their attorneys."  *A&C Properties*, 784 F.2d at 1384.

4. The Settlement proposed between Dunlap and Ms. Avila is in the best interests of the estate because it resolves Ms. Avila's claims without the need for additional expense to the estate.  Furthermore, continuing to pursue Ms. Avila's claims to trial could result in uncertain results.  Under the circumstances, the prudent action is settlement of the claims between Dunlap and Ms. Avila for a present and certain sum that compromises Ms. Avila's claims, thereby averting additional expense to all parties.

**IV. CONCLUSION.**

Based on the foregoing, and in light of the fact that settlements are favored in bankruptcy court proceedings, the Settling Parties respectfully urge the Court to approve the Settlement.

WHEREFORE, the Settling Parties request that the Court:

A. Approve the Settlement; and

B. Grant Dunlap and Ms. Avila such other and further relief as the Court deems just and appropriate under the circumstances of this case.

RESPECTFULLY SUBMITTED this 9th day of October, 2013.

                GALLAGHER & KENNEDY, P.A.

                By: */s/ Tyler J. Carrell*
                    John R. Clemency
                    Lindsi M. Weber
                    Tyler J. Carrell
                    2575 East Camelback Road
                    Phoenix, Arizona 85016-9225
                    *Attorneys for Debtors/Defendant Dunlap Oil Company, Inc.*


                PHILLIPS DAYES LAW GROUP, PC

                By */s/ Trey Dayes*
                    Trey Dayes
                    3101 North Central Avenue
                    Phoenix, Arizona 85012
                    *Attorneys for Plaintiff Brittany Avila*

| | |
|---|---|
| 1 | COPIES of the foregoing were served<br>this 9th day of October, 2013, via |
| 2 | first-class, U.S. Mail, Email, and/or Facsimile<br>to the parties on the attached service list, |
| 3 | attached to the courts copy only. |
| 4 | |
| 5 | */s/ Angie Renteria* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

6

Case 4:12-bk-23252-BMW    Doc 389    Filed 10/09/13    Entered 10/09/13 14:59:53    Desc
Main Document    Page 6 of 12

| | | |
|---|---|---|
| 3D Distribution<br>First Choice Distributing<br>4200 E. Broadway Road<br>Phoenix, AZ 85040 | Aetna<br>PO Box 894938<br>Los Angeles, CA 90189 | AFLAC<br>REMITTANCE PROCESSING CENTER<br>1932 WYNNTON ROAD<br>Columbus, GA 31999 |
| Ajen Distributing LLC<br>7010 Hot Desert Trail<br>Tucson, AZ 85743 | American Business Supplies<br>PO Box 7393<br>Mesa, AZ 85216 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096 |
| Amerigas Tucson<br>2455 W. Wetmore Road<br>Tucson, AZ 85705 | ANS Distributing<br>3970 S. Evans Blvd.<br>Tucson, AZ 85714 | APS<br>PO Box 2907<br>Phoenix, AZ 85062 |
| Arizona Certified Testing<br>2703 S. Ladonna Lane<br>Sierra Vista, AZ 85650 | Arizona Department of Economic Security<br>1717 W. Jefferson, Room 119<br>Phoenix, AZ 85007 | Arizona Department of Revenue<br>c/o Tax, Bankruptcy, and Collection<br>1275 W. Washington Avenue<br>Phoenix, AZ 85007 |
| Arizona Ice King, Inc.<br>1825 W. Thatcher Blvd.<br>Safford, AZ 85546 | Arizona Restaurant Supply<br>6077 N. Travel Center Drive<br>Tucson, AZ 85741 | Arizona Water Company –<br>Sierra Vista<br>77 Calle Portal, B120<br>Sierra Vista, AZ 85635 |
| Bernard L. Magnussen<br>401 Burgess Dr. Ste. A<br>Menlo Park, CA 94025 | Besam Entrance Solutions<br>PO Box 827375<br>Philadelphia, PA 19182 | Brown Evans Distributing<br>PO Box 5840<br>Mesa, AZ 85211 |
| Butterfield Alvernon Owners<br>1100 N. Wilmot Ste. 200<br>Tucson, AZ 85712 | Canyon Community Bank<br>7981 N. Oracle Road<br>Tucson, AZ 85704 | Cardtronics<br>PO Box 4346<br>Dept. 364<br>Houston, TX 77210 |
| Carl's Towing Corp.<br>PO Box 802<br>Payson, AZ 85547 | Century Link<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | Chase Card Member Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| City of Benson<br>PO Box 2223<br>Benson, AZ 85602 | Chuck's Ref & Appliance Service<br>PO Box 1736<br>Show Low, AZ 85902 | City of Sierra Vista<br>P.O. Box 52413<br>Phoenix, AZ 85072-2413 |
| City of Bisbee<br>118 Arizona Street<br>Bisbee, AZ 85603 | City of Willcox<br>101 S. Railroad Ave. Ste B<br>Willcox, AZ 85643 | City of Tucson<br>PO Box 28804<br>Tucson, AZ 85726 |

| | | |
|---|---|---|
| Cochise County Treasurer<br>P.O. Box 1778<br>Bisbee, AZ 85603-2778 | Coca Cola Bottling Company<br>P.O. Box 53158<br>Los Angeles, CA 90074-3158 | Compass Bank<br>PO Box 2210<br>Decatur, AL 35699 |
| Community Water<br>1501 S. LaCanada Drive<br>Green Valley, AZ 85622 | Cox Family Trust<br>7450 N. Camino Sin Vacas<br>Tucson, AZ 85718 | Contractors Bonding & Insurance<br>PO Box 9271<br>PXE0191191<br>Seattle, WA 98109 |
| EA Sween Company<br>Attn: Linda Mack<br>16101 W. 78th Street<br>Eden Prairie, MN 55344 | Dairy Maid Foods<br>PO Box 52453<br>Phoenix, AZ 85072 | EA Glass<br>2711 W. US Hwy 70 Ste A<br>Thatcher, AZ 85552 |
| Dware Sunglasses Corp.<br>111 E. Dunlap Ste 1-129<br>Phoenix, AZ 85020 | Ernest Davisworth<br>3851 W. North Aire Place<br>Tucson, AZ 85741 | Edward E. Havins Family Trust<br>P.O. Box 3894<br>Show Low, Arizona 85901 |
| First Insurance Funding<br>PO Box 66468<br>Chicago, IL 60666 | Farmers Bros.<br>3818 S. Evans Blvd.<br>Tucson, AZ 85714 | Frito Lay Inc.<br>75 Remittance Drive Ste. 1217<br>Chicago, IL 60675 |
| Franks Electrical LLC<br>PO Box 343<br>Clay Springs, AZ 85923 | G. Neil Direct Mail Inc.<br>PO Box 451179<br>Fort Lauderdale, FL 33345 | Frontier<br>2378 Wilshire Blvd.<br>Mound, MN 55364 |
| Graham County Treasurer<br>P.O. Box 747<br>Safford, AZ 85548 | Gila County Treasurer<br>1400 E. Ash Street<br>Globe, AZ 85501 | Graves Propane Co.<br>1342 E. White Mountain<br>Pinetop, AZ 85935 |
| Graham County Utilities Inc.<br>PO Box Drawer B<br>14434-5<br>Pima, AZ 85543 | Grohall Inc.<br>255 E. Grant Road<br>Tucson, AZ 85705 | Green Valley Plumbing Inc.<br>PO Box 1424<br>Green Valley, AZ 85622 |
| HUB International Services<br>2375 E. Camelback Road<br>Suite 250<br>Phoenix, AZ 85016 | Hostess Cake Interstate<br>IBC Interstate Brands Corp.<br>PO Box 108<br>Ogden, UT 84402 | Jackson Oil Company<br>3450 Commercial Court<br>Meridian, ID 83642 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Kenneth T & Carol Revocable Trust<br>759 S. Haskell<br>Willcox, AZ 85643 | Kalil Bottling Co.<br>PO Box 26888<br>Tucson, AZ 85726 |

Lion Uniform Group
PO Box 643783
Cincinnati, OH 45264

Lindsey Foods Inc.
PO Box 669
Safford, AZ 85548

MCO Inc.
PO Box 459
Youngtown, AZ 85363

McLane Co. Inc.
14149 W. McDowell Road
Goodyear, AZ 85395

Mountain View Marketing
215 N. 1800 West
Lindon, UT 84042

Mike's Refrigeration
PO Box 544
Tombstone, AZ 85638

Muzak Business Music Inc.
PO Box 2568
Amarillo, TX 79105

MSC Distributing Inc.
Attn: Craig Stevenson
PO Box 1830
Phoenix, AZ 85001

Navajo County Treasurer's Office
100 East Code Talkers Drive
South Highway 77 - P.O. Box 668
Holbrook, AZ 86025

Nationwide Agribusiness
Farmland Insurance Corp.
PO Box 10491
Des Moines, IA 50306

Northland Premier Distributors
PO Box 42019
Mesa, AZ 85274

Navopache Electric Cooperative
1878 W. White Countain Blvd.
Lakeside, AZ 85929

Old Pueblo Septic & Drain Inc.
6955 Camino Martin #108
Tucson, AZ 85741

Nuco 2
PO Box 252352
Stuart, FL 34995

Pepsi
PO Box 75693
Chicago, IL 60675

Paul Oil Company
PO Box 248
524 N. Sierra Ave.
Oakdale, CA 95361

Pepsi Cola Show Low
4980 E. Railhead Ave.
Flagstaff, AZ 86004

Pepsi Cola Bottling Company
Attn: Karl Schade
PO Box 1076
Safford, AZ 85548

Jonathan M. Saffer
Snell & Wilmer L.L.P.
One S. Church Ave., Suite 1500
Tucson, AZ 85701-1630

Pima County Treasurer's Office
115 North Church Avenue
Tucson, AZ 85701

Pinnacle
201 E. Abram Street
Arlington, TX 76010

Pinetop Water
Community Facilities District
PO Box 87
Pinetop, AZ 85935

Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711

Pitney Bowes
PO Box 856042
Louisville, KY 40285

Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Quail Hollow Inn, LLC
759 S. Haskell
Willcox, AZ 85643

Revenue Discovery Systems
2317 Third Ave North Ste 200
Birmingham, AL 35203

Reddy Ice Corporation
PO Box 730505
Dallas, TX 75373

Saguaro Environmental Services Inc.
PO Box 78829
Phoenix, AZ 85062

Rural Metro Fire Department
490 W. Magee Road
Tucson, AZ 85704

| | | |
|---|---|---|
| Smith Maps & Paper<br>333 Durian Street<br>Vista, CA 92083 | Shamrock Foods<br>2228 N. Black Canyon Hwy.<br>Phoenix, AZ 85009 | Swire Coca Cola<br>Swire Pacific Holdings<br>PO Box 1625<br>Draper, UT 84020 |
| Southwest Gas Corp.<br>P.O. Box 98890<br>Las Vegas, NV 89150-0101 | Thatcher Municipal Utilities<br>P.O. Box 670<br>Thatcher AZ 85552 | Terminix Pest Control Inc.<br>2104 N. Forbes Blvd. Ste 101<br>Tucson, AZ 85745 |
| Town of Marana<br>Water Department<br>5100 W. Ina Road<br>Tucson, AZ 85743 | The Wasserstrom Company<br>477 S. Front Street<br>Columbus, OH 43215 | Trimble Mobile Solutions<br>Dept. 33871<br>PO Box 39000<br>San Francisco, CA 94319 |
| Trejo Oil Company, Inc.<br>c/o Wayne L. Gardner, Gunderson,<br>Denton & Peterson, P.C.<br>1930 N. Arboleda Road, Suite 201<br>Mesa, Arizona 85213 | General Parts, LLC<br>11311 Hampshire Ave. South<br>Bloomington, MN 55438 | Tucson Electric & Power Company<br>PO Box 80077<br>Prescott, AZ 86304 |
| United Fire Equipment Co.<br>335 N. 4th Ave.<br>Tucson, AZ 85705 | James A. Jutry<br>DeConcini McDonald<br>Yetwin & Lacy P.C.<br>2525 E. Broadway Blvd., Suite 200<br>Tucson, Arizona 85716-5300 | Valley Telecom<br>PO Box 970<br>Willcox, AZ 85644 |
| US Food Service<br>2838 Collections Center Drive<br>Chicago, IL 60693 | Vista Recycling Inc.<br>114 W. 8th Street<br>Safford, AZ 85546 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266 |
| Water Tec of Tucson Inc.<br>4601 S. 3rd Ave.<br>Tucson, AZ 85714 | Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062 | White Mountain Bait & Tackle<br>1300 W. McNeil<br>Show Low, AZ 85901 |
| | A-MART, L.L.C.<br>2021 N. Ajo<br>Gila Bend Hwy/Ajo<br>Ajo, AZ 85321 | Xerox Corporation<br>PO Box 7405<br>Pasadena, CA 91109 |
| Casey & Debbie Faunce<br>DC Cross Merchantile<br>3722 N. Wadsworth Road<br>Willcox, AZ 85643 | Bob's IGA West, LLC<br>900 W. Rex Allen Drive<br>Willcox, AZ 85643 | DNB, LLC<br>PO Box 57403<br>Tucson, AZ 85732 |
| Dairy Queen of Southern Arizona, Inc.<br>1700 E. 11th Street<br>Douglas, AZ 85607 | Linda Moser & Sean Chaffey<br>Willcox Real Estate<br>916 W. Rex Allen Drive<br>Willcox, AZ 85643 | Jackson Oil Company Inc.<br>3450 Commercial Court<br>Meridian, ID 83642 |

| | | |
|---|---|---|
| Merle's Automotive Supply<br>P.O. Box 50584<br>33 W. University Blvd.<br>Tucson, AZ 85703 | Kazi Enterprise Inc.<br>101 E. Monroe Ave.<br>Buckeye, AZ 85326 | Smart Fashion<br>5565 W. Heather Drive<br>Willcox, AZ 85643 |
| Mark Koelzer<br>Ace Hardware<br>1030 N. Arizona Blvd.<br>Coolidge, AZ 85228 | Kenneth T. & Carol Dunlap<br>Rev Trust<br>759 S. Haskell<br>Willcox, AZ 85643 | Hollywood Design<br>3410 W. Jackson Lane<br>Willcox AZ 85643 |
| ECOLAB<br>P.O. Box 100512<br>Pasadena, CA 91189 | Tyson Gymnastic Center, LLC<br>4231 S. Station Master<br>Tucson, AZ 85714 | Best Western International, Inc.<br>PO Box 53505<br>Phoenix, AZ 85072 |
| Arizona Department of Revenue<br>c/o Tax, Bankruptcy, and Collection<br>1275 W. Washington Avenue<br>Phoenix, AZ 85007 | QBE Crest Insurance Group<br>5285 E. Williams Circle<br>Suite 4500<br>Tucson, AZ 85711 | Heartland Food Products<br>1900 W. 47TH Place, Suite 302<br>Mission, KS 66205 |
| Century Manufacturing Corporation<br>P.O. Box 2208<br>Seaford, NY 11783 | Century Link<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | Safeway<br>20427 N. 27th Avenue<br>Phoenix, AZ 85027 |
| Chase Card Member Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Sysco Guest Supply<br>P.O. Box 910<br>Monmouth Junction, NJ 8852 | Room Results Inc.<br>3378 Upper Pleasant Valley Road<br>Cambridge, VT 05444 |
| Cox Cable<br>1440 E. 15th Street<br>Tucson, AZ 85719 | Shamrock Foods<br>PO Box 52438<br>Phoenix, AZ 85072 | Liggett Vector Brands Inc.<br>Consumer Relations<br>100 Maple Lane<br>Mebane, North Carolina 27302 |
| Best Western International, Inc.<br>6201 N. 24th Parkway<br>Phoenix, AZ 85016-2023 | LARRY L. WATSON<br>Office of the United States Trustee<br>230 N. First Ave, Suite 204<br>Phoenix, Arizona 85003 | Mr. Pat Lopez<br>Rusing, Lopez and Lizardi<br>6363 N. Swan Rd., Suite 151<br>Tucson, Arizona 85718 |
| Alan R. Solot<br>2701 E. Speedway, Suite 203<br>Tucson, Arizona 85716 | Room Results Inc.<br>312 Lake Vista South<br>Lewisville, TX 75077 | SSVEC<br>350 N. Haskell Avenue<br>Willcox, AZ 85643 |
| David Wm. Engelman<br>Bradley D. Pack<br>ENGELMAN BERGER, P.C.<br>3636 North Central Ave, Ste 700<br>Phoenix, Arizona 85012 | Michael G. Helms<br>HELMS LAW FIRM, P.L.C.<br>2600 N. Central Avenue, Suite 940<br>Phoenix, Arizona 85004 | Jerome Romero, Esq.<br>Jones Waldo<br>170 S. Main St., #1500<br>Salt Lake City, UT 84101 |

Barbara Lawall
Daniel S. Jurkowitz
Pima County Attorney
Grant Winston
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701

Frederick Petersen
MESCH, CLARK & ROTHSCHILD P.C.
259 N. Meyer Avenue
Tucson, Arizona 85701-1090

Dean M. Dinner
Nussbaum Gillis & Dinner, P.C.
14850 N. Scottsdale Road, Ste. 450
Scottsdale, AZ 85254

Terry Bannon
Cochise County Attorney's Office/Civil
PO Drawer CA
Bisbee, AZ 85603

Jeffrey G. Baxter
Pat P. Lopez III
Rebecca K. O'Brien
Rusing Lopez & Lizardi PLLC
6363 N. Swan Rd., #151
Tucson, AZ 85718

Dale C. Schian, Esq.
Schian Walker, P.L.C.
1850 North Central Avenue, #900
Phoenix, Arizona 85004-4531

Larry K. Udall
Curtis, Goodwin, Sullivan,
Udall & Schwab, PLC.
501 East Thomas Road
Phoenix, Arizona 85012

Pearce Financial Corporation
Profit Sharing Plan
6340 N. Campbell Avenue
Suite 278
Tucson, Arizona 85718

Trey Dayes
Phillips Dayes Law Group PC
3101 N. Central Avenue, Ste. 1500
Phoenix, AZ 85012