DAVID WM. ENGELMAN, SBA #004193
BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
———————
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@eblawyers.com
Email: bdp@eblawyers.com
———————

Attorneys for Pineda Grantor Trust II

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DUNLAP OIL COMPANY, INC., QUAIL HOLLOW INN, LLC, | Case No.: 4:12-bk-23252-BMW<br>Case No.: 4:12-bk-23256-BMW |
| Debtors. | (Jointly Administered) |
| Filing applies to both Debtors. | **PINEDA GRANTOR TRUST'S MOTION FOR EXPEDITED HEARING ON:**<br><br>**EMERGENCY MOTION FOR IMMEDIATE STAY RELIEF AND TERMINATION OF CASH COLLATERAL AUTHORITY;**<br><br>**AND**<br><br>**ALTERNATIVE MOTION TO CONVERT TO CHAPTER 7 FOR CAUSE** |

Pineda Grantor Trust II ("Pineda") hereby moves pursuant to Bankruptcy Rule 9006(c) and Local Rule 9013-1(h) for an order setting an expedited hearing on accelerated notice on its *Emergency Motion For Immediate Stay Relief And Termination Of Cash Collateral Authority; And Alternative Motion To Convert To Chapter 7 For Cause* (the "Motion"). Pineda respectfully requests that the hearing be set for the earliest date reasonably available on the Court's calendar, and that all counsel be permitted to appear telephonically.

The Debtors' recent filing of their delinquent monthly operating reports reveals an unauthorized and previously undisclosed transfer by Quail Hollow Inn, LLC ("QHI") of at least $177,000 of Pineda's cash collateral to an unidentified "related party" in June 2013, and total unauthorized "insider loans" since the Filing Date of $262,871. The operating reports further reveal that DOC has suffered net losses of $540,677 since July 1, 2013, *after* abandoning their worst-performing properties. And, in violation of the Court's cash collateral orders, DOC has failed to replenish its inventory, which also constitutes Pineda's collateral. To the contrary, the value of its cash on hand and inventory has diminished by over 55% from the beginning of this case. These facts demonstrate that not only is Pineda's security interest not adequately protected, but is rapidly eroding.

A prompt hearing on the Motion is necessary to prevent any further unauthorized transfers of the Debtors' assets to the detriment of Pineda and the estate as a whole, to mitigate the damage that has already been done to Pineda's interests in the Debtors' property, and to preserve the remaining estate assets from further waste and depletion.

**WHEREFORE,** Pineda respectfully requests that the Court set an expedited telephonic hearing on the Motion for the earliest date reasonably available to the Court.

**DATED** this 1st day of November 2013.

**ENGELMAN BERGER, P.C.**

By */s/ Bradley D. Pack, SBA #023973*
David Wm. Engelman
Bradley D. Pack
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
Attorneys for Pineda Grantor Trust II

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

**ORIGINAL** of the foregoing filed via the CM/ECF
Electronic Notification System and transmittal of a
Notice of Electronic Filing provided to all parties
that have filed a notice of appearance in the Bankruptcy Case.

**COPY** of the foregoing served via email
this 1st day of November 2013 to:

John R. Clemency
Lindsi M. Weber
Gallagher & Kennedy PA
2575 E. Camelback Rd.
Phoenix, AZ 85016
john.clemency@gknet.com
lindsi.weber@gknet.com
Attorneys for Debtor

Dean M. Dinner
Nussbaum Gillis & Dinner, P.C.
14850 N. Scottsdale Road, Suite 450
Scottsdale, AZ 85254
ddinner@ngdlaw.com
Attorneys for Unsecured Creditors Committee
of Dunlap Oil Company

Larry L. Watson
Office of the US Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003
Larry.watson@usdoj.gov

Terry Bannon
Office of Cochise County Attorney
PO Drawer CA
Bisbee, AZ 85603
tbannon@cochise.az.gov
kaguilar@cochise.az.gov
Attorneys for Marsha Bonham

John Barrett
DeConcini McDonald Yetwin & Lacy PC
2525 E. Broadway, #200
Tucson, AZ 85716
jbarrett@dmyl.com
Attorneys for Tucson Truck Terminal

Jeffrey G. Baxter
Pat P. Lopez III
Rebecca K. O'Brien
Rusing Lopez & Lizardi PLLC
6363 N. Swan Rd., #151
Tucson, AZ 85718
jbaxter@rllaz.com

plopez@rllaz.com
robrien@rllaz.com
Attorneys for Canyon Community Bank NA

Wayne L. Gardner
Gunderson Denton & Peterson PC
1930 N. Arboleda, #201
Mesa, AZ  85213
Wayne@GundersonDenton.com
Attorneys for Trejo Oil Co., Inc.

Alan R. Solot
2701 E. Speedway, #203
Tucson, AZ  85716
arsolot@gmail.com
Attorneys for Cox Investment Group LLC and
William & Cheryl Cox

Larry K. Udall
Curtis Goodwin Sullivan Udall & Schwab
501 E. Thomas Rd.
Phoenix, AZ  85012
ludall@cgsuslaw.com
Attorneys for Navopache Electric Cooperative Inc.

King Grant Winston
Pima County Attorneys Office
32 N. Stone Ave., #2100
Tucson, AZ  85701
pcaocvbk@pcao.pima.gov
Attorneys for Pima County

_/s/_

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012