**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262

Pat P. Lopez III
plopez@rllaz.com
State Bar No. 006918
Rebecca K. O'Brien
robrien@rllaz.com
State Bar No. 021954
Jeffrey G. Baxter
jbaxter@rllaz.com
State Bar No. 022343
Attorneys for Canyon Community Bank, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DUNLAP OIL COMPANY, INC., | No. 4:12-bk-23252 |
| QUAIL HOLLOW INN, LLC, | No. 4:12-bk-23256 |
| Debtors. | (Jointly Administered) |
| Filing Applies to: | **CANYON COMMUNITY BANK'S MOTION FOR EXPEDITED HEARING** |
| DUNLAP OIL COMPANY, INC. | |
| QUAIL HOLLOW INN, LLC | |
| BOTH                    X | |

Canyon Community Bank, N.A. ("CCB") hereby moves pursuant to Bankruptcy Rule 9006(c) and Local Rule 9013-1(h) for an order setting an expedited hearing on accelerated notice on CCB's Motion to Convert to Chapter 7 ("Motion"). The Motion seeks to convert this proceeding to a Chapter 7 Bankruptcy.

CCB requests the Court to set a hearing on the motion as soon as reasonably possible, in light of the availability of the Court, due to the substantial and continuing diminution in the cash and inventory of Dunlap Oil Company (over $760,000 since the

M:\DOCS\030189\001\BKPCY\22O2144.DOCX

filing of this action), the unauthorized loan of $291,380 to an "insider" by Quail Hollow Inn, LLC, and Debtors failure to pay real property taxes that are now delinquent and accruing interest at sixteen percent (16%) per annum.

DATED this 1st day of November, 2013.

RUSING LOPEZ & LIZARDI, P.L.L.C.

s/ Pat P. Lopez III
Pat P. Lopez, III
Rebecca K. O'Brien
Attorneys for Canyon Community Bank, N.A.

**ORIGINAL** of the foregoing filed via the CM/ECF
Electronic Notification System and transmittal of a
Notice of Electronic Filing provided to all parties
that have filed a notice of appearance in the Bankruptcy Case.

**COPY** of the foregoing served via email
this 1st day of November, 2013 to:

John R. Clemency
Lindsi M. Weber
Gallagher & Kennedy PA
2575 E. Camelback Rd.
Phoenix, AZ 85016
john.clemency@gknet.com
lindsi.weber@gknet.com
Attorneys for Debtor

Dean M. Dinner
Nussbaum Gillis & Dinner, P.C.
14850 N. Scottsdale Road, Suite 450
Scottsdale, AZ 85254
ddinner@ngdlaw.com
Attorneys for Unsecured Creditors Committee
of Dunlap Oil Company

Larry L. Watson
Office of the US Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003
Larry.watson@usdoj.gov

| | |
|---|---|
| 1 | Terry Bannon |
| | Office of Cochise County Attorney |
| 2 | PO Drawer CA |
| | Bisbee, AZ 85603 |
| 3 | tbannon@cochise.az.gov |
| | kaguilar@cochise.az.gov |
| 4 | Attorneys for Marsha Bonham |
| 5 | James A. Jutry |
| | DeConcini McDonald Yetwin & Lacy PC |
| 6 | 2525 E. Broadway, #200 |
| | Tucson, AZ 85716 |
| 7 | jjutry@dmyl.com |
| | Attorneys for Tucson Truck Terminal |
| 8 | David Wm. Engleman |
| | Bradley D. Pack |
| 9 | Engelman Berger, P.C. |
| | 3636 North Central Avenue, Suite 700 |
| 10 | Phoenix, Arizona 85012 |
| | Attorneys for Pineda Grantor Trust II |
| 11 | dwe@eblawyers.com |
| | bdp@eblawyers.com |
| 12 | Attorneys for Pineda Grantor Trust II |
| 13 | Wayne L. Gardner |
| | Gunderson Denton & Peterson PC |
| 14 | 1930 N. Arboleda, #201 |
| | Mesa, AZ 85213 |
| 15 | Wayne@GundersonDenton.com |
| | Attorneys for Trejo Oil Co., Inc. |
| 16 | |
| 17 | Alan R. Solot |
| | 2701 E. Speedway, #203 |
| 18 | Tucson, AZ 85716 |
| | arsolot@gmail.com |
| 19 | Attorneys for Cox Investment Group LLC and William & Cheryl Cox |
| 20 | Larry K. Udall |
| 21 | Curtis Goodwin Sullivan Udall & Schwab |
| | 501 E. Thomas Rd. |
| 22 | Phoenix, AZ 85012 |
| | ludall@cgsuslaw.com |
| 23 | Attorneys for Navopache Electric Cooperative Inc. |

Left margin: **Rusing Lopez & Lizardi, P.L.L.C.** 6363 North Swan Road, Suite 151, Tucson, Arizona 85718, Telephone: (520) 792-4800

3

King Grant Winston
Pima County Attorneys' Office
32 N. Stone Ave., #2100
Tucson, AZ 85701
pcaocvbk@pcao.pima.gov
Attorneys for Pima County

Eli Golob
Assistant Attorney General
1275 W. Washington, Site Code 040A
Phoenix, Arizona 85007
DESGeneralCounselPHX@azag.gov


s/ Elizabeth M. Webb

4