John R. Clemency (Bar No. 009646)
Lindsi M. Weber (Bar No. 025820)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
lindsi.weber@gknet.com
*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DUNLAP OIL COMPANY, INC., | Case No. 4:12-bk-23252-BMW |
| QUAIL HOLLOW INN, LLC, | Case No. 4:12-bk-23256-BMW |
| Debtors. | (Jointly Administered) |
| Filing applies to:<br>DUNLAP OIL COMPANY, INC. ☐<br>QUAIL HOLLOW INN, LLC ☐<br>BOTH ☒ | **PRELIMINARY RESPONSE TO: CANYON COMMUNITY BANK'S MOTION TO CONVERT TO A CHAPTER 7 (Dkt. #414) AND PINEDA'S EMERGENCY MOTION FOR IMMEDIATE STAY RELIEF AND TERMINATION OF CASH COLLATERAL AUTHORITY AND ALTERNATIVE MOTION TO CONVERT TO CHAPTER 7 FOR CAUSE (Dkt. #412)** |

Dunlap Oil Company, Inc. ("DOC") and Quail Hollow Inn, LLC ("QHI") (collectively the "Debtors"), debtors in the above-captioned jointly administered cases, by and through undersigned counsel, hereby file the following preliminary response to the *Motion to Convert to a Chapter 7* filed by Canyon Community Bank ("CCB") on November 1, 2013 (Dkt. #414; the "CCB Motion") and the *Emergency Motion for Immediate Stay Relief and Termination of Cash Collateral Authority and Alternative*

*Motion to Convert to Chapter 7 for Cause* also filed by Pineda Grantor Trust II ("Pineda") on November 1, 2013 (Dkt. # 412; the "Pineda Motion" and together with the CCB Motion, the "Motions"). The Debtors reserve the right to further respond if appropriate.

First and foremost, there is no alleged "emergency" relating to either of the Motions.[1] The Debtors have performed under the constraints of this Bankruptcy Case for over a year now, having filed their Plan and Disclosure Statement within a matter of weeks after the Petition Date, stipulating to valuation to resolve the largest evidentiary issue in connection with the confirmation proceedings, and entering into various stipulations and agreements with creditors to streamline this Bankruptcy Case wherever possible.[2] Despite the Debtors' every effort to emerge from this Bankruptcy Case as expeditiously as possible, Pineda and CCB continue to torpedo the Debtors' efforts at every turn – putting a hundred employees' livelihoods at risk in the process.

Confirmation of the Debtors' Plan has been under advisement since the conclusion of the Confirmation Hearing on July 11, 2013 (Dkt. #368) and the final submission of the post-trial briefings on August 13, 2013 (Dkt. #375). Since that time, Pineda and CCB have filed no less than twenty pleadings attempting to reargue confirmation issues and purporting to bring "emergency" matters to this Court – all of which are thinly disguised

---

[1] As implicitly acknowledged by both CCB and Pineda in their filings, the Debtors have historically engaged in ordinary course transfers and related transactions, both prior to and after the Petition Date. Curiously, despite the disclosure of various amounts owed and/or owing between related entities throughout this Case, CCB and Pineda waited until just recently to complain about these issues.

[2] In addition to the inappropriate comparisons and rampant conjecture, CCB and Pineda also make blatantly erroneous statements in their Motions - first, that the Debtors have made no payments to creditors during this Case (which is false, as CCB and the Debtors agreed to a stipulated cash collateral payment that has been made throughout the Case); and second, that no orders have been entered authorizing the disposition of Debtors' property (again false, as the Debtors reached stipulated compromises with Cox early in the Case that approved the transfer of numerous properties in exchange for value credits, and the subsequent stipulated stay relief orders entered into with both Pineda and CCB relating to various properties). In their zeal to create issues where none exist, CCB and Pineda seem to forget the actual facts of this Case.

2

attempts to reargue feasibility of the Debtors' Plan. As this Court is aware, the threshold to demonstrate feasibility is very low - "A plan meets th[e] feasibility standard if the plan offers a reasonable prospect of success and is workable. The prospect of financial uncertainty does not defeat plan confirmation on feasibility grounds since a guarantee of the future is not required. The mere potential for failure of the plan is insufficient to disprove feasibility." *In re Patrician St. Joseph Partners Ltd. P'ship,* 169 B.R. 669, 674 (D. Ariz. 1994) (citations omitted). The ongoing efforts by CCB and Pineda to argue feasibility after the fact highlights just how weak the positions asserted by CCB and Pineda actually are. In light of the ample evidence introduced at the confirmation proceedings in support of feasibility, coupled with Pineda and CCB's almost non-existent attempts to refute that evidence during the confirmation proceedings,[3] this Court should confirm the Plan (a Plan that is embraced by most of the creditors in the Case, and a Plan that preserves the livelihoods of over 100 employees) and allow the Debtors to move forward with their reorganization efforts.

The Debtors have been hamstrung by the ongoing status of this Bankruptcy Case that could have been removed months ago upon conclusion of the confirmation hearing – and confirmation will also head off further filings by Pineda and CCB attempting to reargue their ongoing, unsupported, positions. Based on the evidence admitted at trial, the Debtors have established all of the elements for Plan confirmation, and should be given the chance to proceed with what will be a successful reorganization in the classic sense of the Bankruptcy Code. CCB's and Pineda's efforts to delay confirmation, and their efforts to elongate the confirmation proceedings, are improper and will only be eliminated by the Court's entry of an order confirming the Plan.

---

[3] Rather than offer the testimony of their own independent expert on plan feasibility, Pineda and CCB offered the biased and self-serving testimony of the CCB loan officer involved with the DOC credits (Mark Farr). As indicated in the Opening and Closing Briefs filed by the Debtors, Mr. Farr's half-hearted attempts to impugn Plan feasibility were contradicted by the undisputed evidence in the Case.

3

In light of the facts and circumstances reflected in the record of this Case (rather than those positions erroneously asserted by Pineda and CCB without evidentiary support), this Court should confirm the Plan and allow the Debtors to proceed with making Plan payments, complete the transfer of certain properties back to the secured creditors, provide one hundred-plus employees with security for continued employment, and fulfill the goals of the Bankruptcy Code through a successful reorganization.

RESPECTFULLY SUBMITTED this 5th day of November, 2013.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Lindsi M. Weber*
John R. Clemency
Lindsi M. Weber
2575 E. Camelback Road
Phoenix, Arizona 85016
*Attorneys for Debtors*

COPIES of the foregoing were served
this 5th day of November, 2013 via
first-class, U.S. Mail, Email, and/or Facsimile
to the parties on the attached service list.

By: */s/ Rachel H. Milazzo, ACP*

4

| | |
|---|---|
| 3D Distribution<br>First Choice Distributing<br>4200 E. Broadway Road<br>Phoenix, AZ 85040 | Aetna<br>PO Box 894938<br>Los Angeles, CA 90189 |
| AFLAC<br>REMITTANCE PROCESSING CENTER<br>1932 WYNNTON ROAD<br>Columbus, GA 31999 | Ajen Distributing LLC<br>7010 Hot Desert Trail<br>Tucson, AZ 85743 |
| American Business Supplies<br>PO Box 7393<br>Mesa, AZ 85216 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096 |
| Amerigas Tucson<br>2455 W. Wetmore Road<br>Tucson, AZ 85705 | ANS Distributing<br>3970 S. Evans Blvd.<br>Tucson, AZ 85714 |
| APS<br>PO Box 2907<br>Phoenix, AZ 85062 | Arizona Certified Testing<br>2703 S. Ladonna Lane<br>Sierra Vista, AZ 85650 |
| Arizona Department of Economic Security<br>1717 W. Jefferson, Room 119<br>Phoenix, AZ 85007 | ADOR c/o Office of the Arizona Attorney General<br>Attn: April J. Theis<br>Tax, Bankruptcy, and Collection<br>1275 W. Washington Avenue<br>Phoenix, AZ 85007 |
| Arizona Ice King, Inc.<br>1825 W. Thatcher Blvd.<br>Safford, AZ 85546 | Arizona Restaurant Supply<br>6077 N. Travel Center Drive<br>Tucson, AZ 85741 |

Arizona Water Company - Sierra Vista
77 Calle Portal, B120
Sierra Vista, AZ 85635

Bernard L. Magnussen
390 Stevick Drive
Atherton, CA 94027

Besam Entrance Solutions
PO Box 827375
Philadelphia, PA 19182

Brown Evans Distributing
PO Box 5840
Mesa, AZ 85211

Butterfield Alvernon Owners
1100 N. Wilmot Ste. 200
Tucson, AZ 85712

Canyon Community Bank
7981 N. Oracle Road
Tucson, AZ 85704

Cardtronics
PO Box 4346
Dept. 364
Houston, TX 77210

Carl's Towing Corp.
PO Box 802
Payson, AZ 85547

Century Link
P.O. Box 29040
Phoenix, AZ 85038-9040

Chase Card Member Service
P.O. Box 94014
Palatine, IL 60094-4014

City of Benson
PO Box 2223
Benson, AZ 85602

Chuck's Ref & Appliance Service
PO Box 1736
Show Low, AZ 85902

City of Sierra Vista
P.O. Box 52413
Phoenix, AZ 85072-2413

City of Bisbee
118 Arizona Street
Bisbee, AZ 85603

3169173v2/23221-0002

| | |
|---|---|
| City of Willcox<br>101 S. Railroad Ave. Ste B<br>Willcox, AZ 85643 | City of Tucson<br>PO Box 28804<br>Tucson, AZ 85726 |
| Cochise County Treasurer<br>P.O. Box 1778<br>Bisbee, AZ 85603-2778 | Coca Cola Bottling Company<br>P.O. Box 53158<br>Los Angeles, CA 90074-3158 |
| Compass Bank<br>PO Box 2210<br>Decatur, AL 35699 | Community Water<br>PO Box 52687<br>Phoenix, AZ 85072 |
| Cox Family Trust<br>7450 N. Camino Sin Vacas<br>Tucson, AZ 85718 | Contractors Bonding & Insurance<br>PO Box 9271<br>PXE0191191<br>Seattle, WA 98109 |
| EA Sween Company<br>Attn: Linda Mack<br>16101 W. 78th Street<br>Eden Prairie, MN 55344 | Dairy Maid Foods<br>PO Box 52453<br>Phoenix, AZ 85072 |
| EA Glass<br>2711 W. US Hwy 70 Ste A<br>Thatcher, AZ 85552 | Dware Sunglasses Corp.<br>111 E. Dunlap Ste 1-129<br>Phoenix, AZ 85020 |
| Ernest Davisworth<br>3851 W. North Aire Place<br>Tucson, AZ 85741 | Edward E. Havins Family Trust<br>P.O. Box 3894<br>Show Low, Arizona 85901 |

3169173v2/23221-0002

First Insurance Funding
PO Box 66468
Chicago, IL 60666

Farmers Bros.
3818 S. Evans Blvd.
Tucson, AZ 85714

Frito Lay Inc.
75 Remittance Drive Ste. 1217
Chicago, IL 60675

Franks Electrical LLC
PO Box 343
Clay Springs, AZ 85923

G. Neil Direct Mail Inc.
PO Box 451179
Fort Lauderdale, FL 33345

Frontier
PO Box 340
Elk Grove, CA 95759

Graham County Treasurer
P.O. Box 747
Safford, AZ 85548

Gila County Treasurer
1400 E. Ash Street
Globe, AZ 85501

Graves Propane Co.
1342 E. White Mountain
Pinetop, AZ 85935

Graham County Utilities Inc.
PO Box Drawer B
14434-5
Pima, AZ 85543

Grohall Inc.
255 E. Grant Road
Tucson, AZ 85705

Green Valley Plumbing Inc.
PO Box 1424
Green Valley, AZ 85622

HUB International Services
2375 E. Camelback Road Suite 250
Phoenix, AZ 85016

Hostess Cake Interstate
IBC Interstate Brands Corp.
PO Box 108
Ogden, UT 84402

Jackson Oil Company
3450 Commercial Court
Meridian, ID 83642

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Kenneth T & Carol Revocable Trust
759 S. Haskell
Willcox, AZ 85643

Kalil Bottling Co.
PO Box 26888
Tucson, AZ 85726

Lion Uniform Group
PO Box 643783
Cincinnati, OH 45264

Lindsey Foods Inc.
PO Box 669
Safford, AZ 85548

MCO Inc.
PO Box 459
Youngtown, AZ 85363

McLane Co. Inc.
14149 W. McDowell Road
Goodyear, AZ 85395

Mountain View Marketing
215 N. 1800 West
Lindon, UT 84042

Mike's Refrigeration
PO Box 544
Tombstone, AZ 85638

Muzak Business Music Inc.
PO Box 2568
Amarillo, TX 79105

MSC Distributing Inc.
Attn: Craig Stevenosn
PO Box 1830
Phoenix, AZ 85001

Navajo County Treasurer's Office
100 East Code Talkers Drive
South Highway 77 - P.O. Box 668
Holbrook, AZ 86025

Nationwide Agribusiness
Farmland Insurance Corp.
PO Box 10491
Des Moines, IA 50306

3169173v2/23221-0002

Northland Premier Distributors
PO Box 42019
Mesa, AZ 85274

Navopache Electric Cooperative
1878 W. White Countain Blvd.
Lakeside, AZ 85929

Old Pueblo Septic & Drain Inc.
6955 Camino Martin #108
Tucson, AZ 85741

Nuco 2
PO Box 252352
Stuart, FL 34995

Pepsi
PO Box 75693
Chicago, IL 60675

Paul Oil Company
PO Box 248
524 N. Sierra Ave.
Oakdale, CA 95361

Pepsi Cola Show Low
4980 E. Railhead Ave.
Flagstaff, AZ 86004

Pepsi Cola Bottling Company
Attn: Karl Schade
PO Box 1076
Safford, AZ 85548

Pinetop Lakeside Sanitary Dist.
Route #3 Box P-LSD
Lakeside, AZ 85929

Pima County Treasurer's Office
115 North Church Avenue
Tucson, AZ 85701

Pinnacle
201 E. Abram Street
Arlington, TX 76010

Pinetop Water
Community Facilities District
PO Box 87
Pinetop, AZ 85935

Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711

Pitney Bowes
PO Box 856042
Louisville, KY 40285

3169173v2/23221-0002

Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Quail Hollow Inn, LLC
759 S. Haskell
Willcox, AZ 85643

Revenue Discovery Systems
2317 Third Ave North Ste 200
Birmingham, AL 35203

Reddy Ice Corporation
PO Box 730505
Dallas, TX 75373

Saguaro Environmental Services Inc.
PO Box 78829
Phoenix, AZ 85062

Rural Metro Fire Department
490 W. Magee Road
Tucson, AZ 85704

Smith Maps & Paper
333 Durian Street
Vista, CA 92083

Shamrock Foods
2228 N. Black Canyon Hwy.
Phoenix, AZ 85009

Swire Coca Cola
Swire Pacific Holdings
PO Box 1625
Draper, UT 84020

Southwest Gas Corp.
P.O. Box 98890
Las Vegas, NV 89150-0101

Thatcher Municipal Utilities
P.O. Box 670
Thatcher AZ 85552

Terminix Pest Control Inc.
2104 N. Forbes Blvd. Ste 101
Tucson, AZ 85745

Town of Marana
Water Department
5100 W. Ina Road
Tucson, AZ 85743

The Wasserstrom Company
477 S. Front Street
Columbus, OH 43215

3169173v2/23221-0002

Case 4:12-bk-23252-BMW    Doc 417    Filed 11/05/13    Entered 11/05/13 12:55:44    Desc
Main Document    Page 11 of 16

| | |
|---|---|
| Trimble Mobile Solutions<br>Dept. 33871<br>PO Box 39000<br>San Francisco, CA 94319 | Trejo Oil Company, Inc.<br>c/o Wayne L. Gardner, Gunderson, Denton &<br>Peterson, P.C.<br>1930 N. Arboleda Road, Suite 201<br>Mesa, Arizona 85213 |
| General Parts, LLC<br>11311 Hampshire Ave. South<br>Bloomington, MN 55438 | Tucson Electric & Power Company<br>PO Box 80077<br>Prescott, AZ 86304 |
| United Fire Equipment Co.<br>335 N. 4th Ave.<br>Tucson, AZ 85705 | John C.E. Barrett<br>DeConcini McDonald Yetwin & Lacy P.C.<br>2525 E. Broadway Blvd., Suite 200<br>Tucson, Arizona 85716-5300 |
| Valley Telecom<br>PO Box 970<br>Willcox, AZ 85644 | US Food Service<br>2838 Collections Center Drive<br>Chicago, IL 60693 |
| Vista Recycling Inc.<br>114 W. 8th Street<br>Safford, AZ 85546 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266 |
| Water Tec of Tucson Inc.<br>4601 S. 3rd Ave.<br>Tucson, AZ 85714 | Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062 |
| White Mountain Bait & Tackle<br>1300 W. McNeil<br>Show Low, AZ 85901 | Western Carwash Solutions<br>325 S. Westwood Suite 6<br>Mesa, AZ 85210 |

| | |
|---|---|
| A-MART, L.L.C.<br>2021 N. Ajo<br>Gila Bend Hwy/Ajo<br>Ajo, AZ 85321 | Xerox Corporation<br>PO Box 7405<br>Pasadena, CA 91109 |
| Casey & Debbie Faunce<br>DC Cross Merchantile<br>3722 N. Wadsworth Road<br>Willcox, AZ 85643 | Bob's IGA West, LLC<br>900 W. Rex Allen Drive<br>Willcox, AZ 85643 |
| DNB, LLC<br>PO Box 57403<br>Tucson, AZ 85732 | Dairy Queen of Southern Arizona, Inc.<br>1700 E. 11th Street<br>Douglas, AZ 85607 |
| Linda Moser & Sean Chaffey<br>Willcox Real Estate<br>916 W. Rex Allen Drive<br>Willcox, AZ 85643 | Jackson Oil Company Inc.<br>3450 Commercial Court<br>Meridian, ID 83642 |
| Merle's Automotive Supply<br>P.O. Box 50584<br>33 W. University Blvd.<br>Tucson, AZ 85703 | Kazi Enterprise Inc.<br>101 E. Monroe Ave.<br>Buckeye, AZ 85326 |
| Smart Fashion<br>5565 W. Heather Drive<br>Willcox, AZ 85643 | Mark Koelzer<br>Ace Hardware<br>1030 N. Arizona Blvd.<br>Coolidge, AZ 85228 |
| Kenneth T. & Carol Dunlap Rev Trust<br>759 S. Haskell<br>Willcox, AZ 85643 | Hollywood Design<br>3410 W. Jackson Lane<br>Willcox AZ 85643 |

3169173v2/23221-0002

ECOLAB
P.O. Box 100512
Pasadena, CA 91189

Tyson Gymnastic Center, LLC
4231 S. Station Master
Tucson, AZ 85714

Best Western International, Inc.
PO Box 53505
Phoenix, AZ 85072

Arizona Department of Revenue
c/o Tax, Bankruptcy, and Collection
1275 W. Washington Avenue
Phoenix, AZ 85007

QBE Crest Insurance Group
5285 E. Williams Circle, Suite 4500
Tucson, AZ 85711

Heartland Food Products
1900 W. 47TH Place, Suite 302
Mission, KS 66205

Century Manufacturing Corporation
P.O. Box 2208
Seaford, NY 11783

Century Link
P.O. Box 29040
Phoenix, AZ 85038-9040

Safeway
20427 N. 27th Avenue
Phoenix, AZ 85027

Chase Card Member Service
P.O. Box 94014
Palatine, IL 60094-4014

Sysco Guest Supply
P.O. Box 910
Monmouth Junction, NJ 8852

Room Results Inc.
3378 Upper Pleasant Valley Road
Cambridge, VT 5444

Cox Cable
1440 E. 15th Street
Tucson, AZ 85719

Shamrock Foods
PO Box 52438
Phoenix, AZ 85072

Liggett Vector Brands Inc.
Consumer Relations
100 Maple Lane
Mebane, North Carolina 27302

Best Western International, Inc.
6201 N. 24th Parkway
Phoenix, AZ 85016-2023

LARRY L. WATSON
Office of the United States Trustee
230 N. First Ave, Suite 204
Phoenix, Arizona 85003

Mr. Pat Lopez
Rusing, Lopez and Lizardi
6363 N. Swan Rd., Suite 151
Tucson, Arizona 85718

Alan R. Solot
2701 E. Speedway, Suite 203
Tucson, Arizona 85716

Room Results Inc.
312 Lake Vista South
Lewisville, TX 75077

SSVEC
350 N. Haskell Avenue
Willcox, AZ 85643

David Wm. Engelman
Bradley D. Pack
ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

Michael G. Helms
HELMS LAW FIRM, P.L.C.
2600 N. Central Avenue, Suite 940
Phoenix, Arizona 85004

Jerome Romero, Esq.
Jones Waldo
170 S. Main St., #1500
Salt Lake City, UT 84101

Barbara Lawall
Daniel S. Jurkowitz
Pima County Attorney
Grant Winston
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701

Terry Bannon
Cochise County Attorney's Office/Civil
PO Drawer CA
Bisbee, AZ 85603

Larry K. Udall
Curtis, Goodwin, Sullivan,
Udall & Schwab, PLC.
501 East Thomas Road
Phoenix, Arizona 85012

Frederick Petersen
MESCH, CLARK & ROTHSCHILD P.C.
259 N. Meyer Avenue
Tucson, Arizona 85701-1090

3169173v2/23221-0002

Case 4:12-bk-23252-BMW   Doc 417   Filed 11/05/13   Entered 11/05/13 12:55:44   Desc
Main Document    Page 15 of 16

Jeffrey G. Baxter
Pat P. Lopez III
Rebecca K. O'Brien
Rusing Lopez & Lizardi PLLC
6363 N. Swan Rd., #151
Tucson, AZ 85718

**DEAN M. DINNER**
NUSSBAUM GILLIS & DINNER, P.C.
14850 N. SCOTTSDALE ROAD, SUITE 450
SCOTTSDALE, AZ 85254

Pearce Financial Corporation
Profit Sharing Plan
6340 N. Campbell Avenue, Suite 278
Tucson, Arizona 85718

Jonathan M. Saffer
Snell & Wilmer L.L.P.
One S. Church Ave., Suite 1500
Tucson, AZ 85701-1630