# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:12–bk–23252–BMW |
| DUNLAP OIL COMPANY, INC.<br>fdba TRUCK PLAZA CAFE, INC. (DUNLAP OIL COMPANY, SUCCESSOR BY MERGER 10/1/12)<br>759 S. HASKELL<br>WILLCOX, AZ 85643<br>**SSAN:**<br>**EIN:** 86–0147157<br><br>QUAIL HOLLOW INN LLC<br>759 S. HASKELL<br>WILLCOX, AZ 85643<br>**SSAN:**<br>**EIN:** 45–2743811 | Chapter: 11 |
| Debtor(s) | |

## NOTICE OF HEARING ON MOTION

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ before the Honorable Brenda Moody Whinery on 11/18/13 at 11:00 AM to consider and act upon the following motion or application:

COURT'S RULING ON PLAN CONFIRMATION

***THIS HEARING WILL BE A TELEPHONIC HEARING ONLY. PLEASE CALL CINDY TURNBULL AT (520) 202−7988 BY 4:00 P.M. ON FRIDAY, NOVEMBER 15, 2013 TO MAKE ARRANGEMENTS TO APPEAR AT THE HEARING.

Any further pleadings must be in writing, filed with the Clerk of the Bankruptcy Court at least one week prior to the hearing.

**Date: November 13, 2013**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704<br>Telephone number: (520) 202−7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**George Prentice** |