**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262

Pat P. Lopez III
plopez@rllaz.com
State Bar No. 006918
Rebecca K. O'Brien
robrien@rllaz.com
State Bar No. 021954
Attorneys for Canyon Community Bank, N.A.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DUNLAP OIL COMPANY, INC.,<br><br>QUAIL HOLLOW INN, LLC,<br><br>      Debtors.<br><br>Filing Applies to:<br><br>DUNLAP OIL COMPANY, INC.<br><br>QUAIL HOLLOW INN, LLC<br><br>BOTH      X | Chapter 11 Proceedings<br><br>No. 4:12-bk-23252<br><br>No. 4:12-bk-23256<br><br>(Jointly Administered)<br><br>**CANYON COMMUNITY BANK'S NOTICE OF INTENT TO PROCEED WITH A MOTION TO CONVERT TO CHAPTER 7** |

  Canyon Community Bank, N.A. ("CCB"), a secured creditor in the above captioned Chapter 11 cases, through counsel undersigned, hereby notifies the Court, the Debtors and the parties that it intends to proceed with a Motion to Convert the captioned Chapter 11 Bankruptcy matters to Chapter 7.

  At the telephonic hearing conducted by the Court on November 18, 2013, the Court ruled that the Debtors' Plan of Reorganization was rejected, and the Court indicated its intent to dismiss the Bankruptcy action. However, the Court noted that Canyon Community Bank had a Motion to Convert the action to a Chapter 7 liquidation pending [*see* Dkt. 414 – CCB's Motion; and Dkt. 412 – Pineda Grantor Trust II's Motion]. The Court requested that Canyon Community Bank advise the Court by today as to whether or not Canyon

Community Bank wished to proceed with its motion to convert and if Canyon Community Bank was still requesting a hearing with regard to its motion. Pursuant to the Court's direction, this notice is being filed for the purpose of advising the Court and all interested parties that Canyon Community Bank wishes to proceed with its motion to convert and is hereby requesting a hearing with regard to the motion.

DATED this 19th day of November, 2013.

RUSING LOPEZ & LIZARDI, P.L.L.C.

s/ Pat P. Lopez III
Pat P. Lopez, III
Rebecca K. O'Brien
Attorneys for Canyon Community Bank, N.A.

**ORIGINAL** of the foregoing filed via the CM/ECF
Electronic Notification System and transmittal of a
Notice of Electronic Filing provided to all parties
that have filed a notice of appearance in the Bankruptcy Case.

**COPY** of the foregoing served via email
this 19th day of November, 2013 to:

John R. Clemency
Lindsi M. Weber
Gallagher & Kennedy PA
2575 E. Camelback Rd.
Phoenix, AZ 85016
john.clemency@gknet.com
lindsi.weber@gknet.com
Attorneys for Debtor

Dean M. Dinner
Nussbaum Gillis & Dinner, P.C.
14850 N. Scottsdale Road, Suite 450
Scottsdale, AZ 85254
ddinner@ngdlaw.com
Attorneys for Unsecured Creditors Committee
of Dunlap Oil Company

Larry L. Watson
Office of the US Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003
Larry.watson@usdoj.gov

Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

1  Terry Bannon
   Office of Cochise County Attorney
2  PO Drawer CA
   Bisbee, AZ 85603
3  tbannon@cochise.az.gov
   kaguilar@cochise.az.gov
4  Attorneys for Marsha Bonham

5  James A. Jutry
   DeConcini McDonald Yetwin & Lacy PC
6  2525 E. Broadway, #200
   Tucson, AZ 85716
7  jjutry@dmyl.com
   Attorneys for Tucson Truck Terminal

8  David Wm. Engleman
   Bradley D. Pack
9  Engelman Berger, P.C.
   3636 North Central Avenue, Suite 700
10 Phoenix, Arizona 85012
   Attorneys for Pineda Grantor Trust II
11 dwe@eblawyers.com
   bdp@eblawyers.com
12 Attorneys for Pineda Grantor Trust II

13 Wayne L. Gardner
   Gunderson Denton & Peterson PC
14 1930 N. Arboleda, #201
   Mesa, AZ 85213
15 Wayne@GundersonDenton.com
   Attorneys for Trejo Oil Co., Inc.
16
   Alan R. Solot
17 2701 E. Speedway, #203
   Tucson, AZ 85716
18 arsolot@gmail.com
   Attorneys for Cox Investment Group LLC and
19 William & Cheryl Cox

20 Larry K. Udall
   Curtis Goodwin Sullivan Udall & Schwab
21 501 E. Thomas Rd.
   Phoenix, AZ 85012
22 ludall@cgsuslaw.com
   Attorneys for Navopache Electric Cooperative Inc.
23
   King Grant Winston
24 Pima County Attorneys' Office
   32 N. Stone Ave., #2100
25 Tucson, AZ 85701
   pcaocvbk@pcao.pima.gov
26 Attorneys for Pima County

27

28

Eli Golob
Assistant Attorney General
1275 W. Washington, Site Code 040A
Phoenix, Arizona 85007
DESGeneralCounselPHX@azag.gov

**COPY** of the foregoing served via U.S. Mail this 19th day of November, 2013 to:

Sears Financial Corporation
6340 N. Campbell Ave.
Suite 278
Tucson, AZ 85718
Creditor

s/ Rose Magaddino

Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800