1  DAVID WM. ENGELMAN, SBA #004193
   BRADLEY D. PACK, SBA #023973
2  **ENGELMAN BERGER, P.C.**
   3636 NORTH CENTRAL AVENUE
3  SUITE 700
   PHOENIX, ARIZONA 85012
   _____
4  Ph: (602) 271-9090
   Fax: (602) 222-4999
   Email: dwe@eblawyers.com
5  Email: bdp@eblawyers.com
   _____

6  Attorneys for Pineda Grantor Trust II

7              **IN THE UNITED STATES BANKRUPTCY COURT**

8                **FOR THE DISTRICT OF ARIZONA**

9  In re:                                          Chapter 11

10 DUNLAP OIL COMPANY, INC.,                        Case No.: 4:12-bk-23252-BMW
   QUAIL HOLLOW INN, LLC,                           Case No.: 4:12-bk-23256-BMW
11
                                                    (Jointly Administered)
12        Debtors.

   Filing applies to both Debtors.                  **PINEDA GRANTOR TRUST'S
13                                                   NOTICE OF INTENT TO SEEK
                                                     HEARING ON:**
14
                                                     **EMERGENCY MOTION FOR
15                                                   IMMEDIATE STAY RELIEF AND
                                                     TERMINATION OF CASH
16                                                   COLLATERAL AUTHORITY;**

17                                                   **AND**

18                                                   **ALTERNATIVE MOTION TO
                                                     CONVERT TO CHAPTER 7 FOR
19                                                   CAUSE**

20
          Pursuant to the Court's order of November 18, 2013, Pineda Grantor Trust II
21
   ("Pineda") hereby gives notice that it joins in Canyon Community Bank's *Notice Of Intent To*
22
   *Proceed With A Motion To Convert To Chapter 7* and requests the Court set a hearing on
23
   Pineda's ***Emergency Motion For Immediate Stay Relief And Termination Of Cash***
24
   ***Collateral Authority; And Alternative Motion To Convert To Chapter 7 For Cause*** (the
25
   "Motion").
26

27

{0003085.0000/00476527.DOCX / }

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1    **DATED** this 19th day of November 2013.

2                                      **ENGELMAN BERGER, P.C.**

3                          By _/s/ Bradley D. Pack, SBA #023973_
                               David Wm. Engelman
4                              Bradley D. Pack
                               3636 North Central Avenue, Suite 700
5                              Phoenix, Arizona 85012
                               Attorneys for Pineda Grantor Trust II
6

7    **ORIGINAL** of the foregoing filed via the CM/ECF
     Electronic Notification System and transmittal of a
8    Notice of Electronic Filing provided to all parties
9    that have filed a notice of appearance in the Bankruptcy Case.

10   **COPY** of the foregoing served via email
     this 19th day of November 2013 to:
11
     John R. Clemency
12   Lindsi M. Weber
     Gallagher & Kennedy PA
13   2575 E. Camelback Rd.
     Phoenix, AZ  85016
14   john.clemency@gknet.com
     lindsi.weber@gknet.com
15   Attorneys for Debtor

16   Dean M. Dinner
     Nussbaum Gillis & Dinner, P.C.
17   14850 N. Scottsdale Road, Suite 450
     Scottsdale, AZ 85254
18   ddinner@ngdlaw.com
     Attorneys for Unsecured Creditors Committee
19   of Dunlap Oil Company

20   Larry L. Watson
     Office of the US Trustee
21   230 N. First Avenue, #204
     Phoenix, AZ  85003
22   Larry.watson@usdoj.gov

23   Terry Bannon
     Office of Cochise County Attorney
24   PO Drawer CA
     Bisbee, AZ  85603
25   tbannon@cochise.az.gov
     kaguilar@cochise.az.gov
26   Attorneys for Marsha Bonham

27

{0003085.0000/00476527.DOCX / }                          2

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

John Barrett
DeConcini McDonald Yetwin & Lacy PC
2525 E. Broadway, #200
Tucson, AZ 85716
jbarrett@dmyl.com
Attorneys for Tucson Truck Terminal

Jeffrey G. Baxter
Pat P. Lopez III
Rebecca K. O'Brien
Rusing Lopez & Lizardi PLLC
6363 N. Swan Rd., #151
Tucson, AZ 85718
jbaxter@rllaz.com
plopez@rllaz.com
robrien@rllaz.com
Attorneys for Canyon Community Bank NA

Wayne L. Gardner
Gunderson Denton & Peterson PC
1930 N. Arboleda, #201
Mesa, AZ 85213
Wayne@GundersonDenton.com
Attorneys for Trejo Oil Co., Inc.

Alan R. Solot
2701 E. Speedway, #203
Tucson, AZ 85716
arsolot@gmail.com
Attorneys for Cox Investment Group LLC and
William & Cheryl Cox

Larry K. Udall
Curtis Goodwin Sullivan Udall & Schwab
501 E. Thomas Rd.
Phoenix, AZ 85012
ludall@cgsuslaw.com
Attorneys for Navopache Electric Cooperative Inc.

King Grant Winston
Pima County Attorneys Office
32 N. Stone Ave., #2100
Tucson, AZ 85701
pcaocvbk@pcao.pima.gov
Attorneys for Pima County


        /s/ Kimberly A. Cox