# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| DUNLAP OIL COMPANY, INC., QUAIL HOLLOW INN, LLC, | Case No. 4:12-bk-23252-BMW |
| | Case No. 4:12-bk-23256-BMW |
| Debtors. | (Joint Administration) |

| Filing applies to: | |
|---|---|
| DUNLAP OIL COMPANY, INC. | ☐ |
| QUAIL HOLLOW INN, LLC | ☐ |
| BOTH | ☒ |

**ORDER DENYING CONFIRMATION**

In accordance with the Court's Decision read into the record on November 18, 2013, IT IS ORDERED DENYING Confirmation of *Debtors' First Amended Joint Plan of Reorganization Dated February 14, 2013* (Docket No. 220).

DATED AND SIGNED ABOVE.

To be NOTICED by the BNC ("Bankruptcy Noticing Center") to:

Dunlap Oil Company, Inc.
759 S. Haskell
Willcox, AZ 85643

| | |
|---|---|
| 1 | Quail Hollow Inn, LLC |
| | 759 S. Haskell |
| 2 | Willcox, AZ 85643 |
| 3 | |
| | John R. Clemency |
| 4 | Lindsi M. Weber |
| | Tyler Carrell |
| 5 | Gallagher & Kennedy, PA |
| | 2575 E Camelback Rd, Ste 1100 |
| 6 | Phoenix, AZ 85016 |
| 7 | John.clemency@gknet.com |
| | Lindsi.weber@gknet.com |
| 8 | Tyler.carrell@gknet.com |
| 9 | *Attorneys for Debtors* |
| 10 | Sally M. Darcy |
| 11 | McEvoy, Daniels & Darcy P.C. |
| | Camp Lowell Corporate Center |
| 12 | 4560 E Camp Lowell Dr |
| | Tucson, AZ 85712 |
| 13 | ccarter@mddlaw.com |
| 14 | *Attorneys for Debtors/Defendants* |
| 15 | Pat P. Lopez, III |
| | Rebecca K. O'Brien |
| 16 | Jeffrey G. Baxter |
| 17 | Rusing, Lopez & Lizardi, P.L.L.C. |
| | 6363 N Swan Rd, Ste 151 |
| 18 | Tucson, AZ 85718 |
| 19 | plopez@rllaz.com |
| | robrien@rllaz.com |
| 20 | jbaxter@rllaz.com |
| 21 | *Attorneys for Canyon Community Bank* |
| 22 | David Wm. Engelman |
| | Bradley D. Pack |
| 23 | Engelman Berger, P.C. |
| 24 | 3636 N Central Ave, STe 700 |
| | Phoenix, AZ 85012 |
| 25 | dwe@eblawyers.com |
| | bdp@eblawyers.com |
| 26 | *Attorneys for Compass Bank* |
| 27 | *Attorneys for Pineda Grantor Trust II* |
| 28 | |

Randy Nussbaum
Dean M. Dinner
Nussbaum Gillis & Dinner, P.C.
14850 N Scottsdale Rd, Ste 450
Scottsdale, AZ 85254
rnussbaum@ngdlaw.com
ddinner@ngdlaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

Terry Bannon
Cochise County Attorney's Office/Civil
PO Drawer CA
Bisbee, AZ 85603

Alan R. Solot
2701 E. Speedway Blvd, Ste 203
Tucson, AZ 85716
*Attorney for William R. Cox, Cheryl J. Cox and Cox Investment Group, LLC*

Wayne L. Gardner
Gunderson, Denton & Peterson, P.C.
1930 N Arboleda Rd, Ste 201
Mesa, AZ 85213
wayne@gundersondenton.com
*Attorneys for Trejo Oil Co., Inc.*

John C. E. Barrett
Deconcini McDonald Yetwin & Lacy, P.C.
2525 E Broadway Blvd, #200
Tucson, AZ 85716-5300
jbarrett@dmyl.com
*Attorneys for Tucson Truck Terminal, Inc.*

Michael G. Helms
Helms Law Firm, P.L.C.
2600 N Central Ave, Ste 940
Phoenix, AZ 85004
mghelms@mghlawfirm.com
*Attorney for Best Western International, Inc.*

/ / /
/ / /

| | |
|---|---|
| 1 | Daniel S. Jurkowitz |
| | Grant Winston |
| 2 | 32 N Stone Ave, Ste 2100 |
| | Tucson, AZ 85701 |
| 3 | pcaocvbk@pcao.pima.gov |
| 4 | *Attorneys for Pima County* |
| 5 | |
| | Larry K. Udall |
| 6 | Curtis, Goodwin, Sullivan, Udall & Schwab, PLC |
| | 501 E Thomas Rd |
| 7 | Phoenix, AZ 85012 |
| 8 | ludall@cgsuslaw.com |
| | *Attorneys for Navopache Electric Cooperative, Inc.* |
| 9 | |
| | Dale C. Schian |
| 10 | Schian Walker, P.L.C. |
| 11 | 1850 N Central Ave, #900 |
| | Phoenix, AZ 85004-4531 |
| 12 | ecfdocket@swazlaw.com |
| 13 | *Attorneys for Morris Anderson & Associates, Ltd./Receiver* |
| 14 | Eli D. Golob |
| | Assistant Attorney General |
| 15 | 1275 W Washington, Site Code 040A |
| 16 | Phoenix, AZ 85007 |
| | DESGeneralCounselPHX@azag.gov |
| 17 | *Attorneys for State of Arizona, Department of Economic* |
| 18 | *Security, Division of Employment and Rehabilitation Services* |
| 19 | |
| | John S. Leonardo |
| 20 | Denise Faulk |
| 21 | United States Attorney's Office |
| | United States Courthouse |
| 22 | 405 W Congress St, Ste 4800 |
| | Tucson, AZ 85701 |
| 23 | Denise.faulk@usdoj.gov |
| 24 | *Attorneys for United States* |
| 25 | Larry Lee Watson |
| | Office of the U.S. Trustee |
| 26 | 230 N First Ave, Ste 204 |
| 27 | Phoenix, AZ 85003-1706 |
| | Larry.watson@usdoj.gov |
| 28 | |