THIS ORDER IS APPROVED.

Dated: November 26, 2013

Brenda Moody Whinery, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| DUNLAP OIL COMPANY, INC., | Case No. 4:12-bk-23252-BMW |
| QUAIL HOLLOW INN, LLC, | Case No. 4:12-bk-23256-BMW |
| Debtors. | (Jointly Administered) |
| This Filing Applies to:<br>☐ DUNLAP OIL COMPANY, INC.<br>☐ QUAIL HOLLOW INN, LLC,<br>☒ BOTH | **ORDER SETTING HEARING ON MOTION TO RECONSIDER ALONG WITH HEARING ON CCB AND PINEDA MOTIONS TO CONVERT** |

THIS MATTER COMES BEFORE THE COURT pursuant to the *Motion to Set Hearing on Motion to Reconsider Along with Hearing on CCB and Pineda Motions to Convert* (the "Motion") (Docket No. 446) filed by Dunlap Oil Company, Inc. and Quail Hollow Inn, LLC (collectively the "Debtors"). Pursuant to the Motion, the Debtors ask the Court to set a hearing on the *Motion to Reconsider Ruling on Confirmation and Stay Relief* (the "Motion to Reconsider") (Docket No. 445). After review of the Motion, and for good cause shown,

IT IS THEREFORE ORDERED as follows:

1. Setting a hearing on the Motion to Reconsider on **December 17, 2013 at 10:00 a.m.**, to be held at the Courtroom 446, United States Bankruptcy Court, District of Arizona, 38 South Scott Avenue, Tucson, Arizona, 85701.

2. Responses to the Motion to Reconsider are to be filed with the Court by December 9, 2013, with any Reply to be filed by December 12, 2013.

3. The hearings on the Motions to Convert filed by Canyon Community Bank and Pineda Grantor Trust II, currently set for December 12, 2013 at 10:00 a.m. are, on the Court's own motion, continued to **December 17, 2013 at 10:00 a.m.** Any responses to the Motions to Convert are to be filed with the Court by December 9, 2013, with any replies to be filed by December 12, 2013.

DATED AND SIGNED ABOVE.

To be NOTICED by the BNC ("Bankruptcy Noticing Center") to:

Dunlap Oil Company, Inc.
759 S. Haskell
Willcox, AZ 85643

Quail Hollow Inn, LLC
759 S. Haskell
Willcox, AZ 85643

John R. Clemency
Lindsi M. Weber
Tyler Carrell
Gallagher & Kennedy, PA
2575 E Camelback Rd, Ste 1100
Phoenix, AZ 85016
John.clemency@gknet.com
Lindsi.weber@gknet.com
Tyler.carrell@gknet.com
*Attorneys for Debtors*

/ / /

/ / /

Sally M. Darcy
McEvoy, Daniels & Darcy P.C.
Camp Lowell Corporate Center
4560 E Camp Lowell Dr
Tucson, AZ 85712
ccarter@mddlaw.com
*Attorneys for Debtors/Defendants*

Pat P. Lopez, III
Rebecca K. O'Brien
Rusing, Lopez & Lizardi, P.L.L.C.
6363 N Swan Rd, Ste 151
Tucson, AZ 85718
plopez@rllaz.com
robrien@rllaz.com
jbaxter@rllaz.com
*Attorneys for Canyon Community Bank*

David Wm. Engelman
Bradley D. Pack
Engelman Berger, P.C.
3636 N Central Ave, STe 700
Phoenix, AZ 85012
dwe@eblawyers.com
bdp@eblawyers.com
*Attorneys for Compass Bank*
*Attorneys for Pineda Grantor Trust II*

Randy Nussbaum
Dean M. Dinner
Nussbaum Gillis & Dinner, P.C.
14850 N Scottsdale Rd, Ste 450
Scottsdale, AZ 85254
rnussbaum@ngdlaw.com
ddinner@ngdlaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

Terry Bannon
Cochise County Attorney's Office/Civil
PO Drawer CA
Bisbee, AZ 85603

/ / /

/ / /

| | |
|---|---|
| 1 | Alan R. Solot |
|   | 2701 E. Speedway Blvd, Ste 203 |
| 2 | Tucson, AZ 85716 |
|   | *Attorney for William R. Cox, Cheryl J. Cox* |
| 3 | *and Cox Investment Group, LLC* |
| 4 | |
|   | Philip R. Rupprecht |
| 5 | Aiken Schenk Hawkins & Ricciardi P.C. |
|   | 2390 E Camelback Rd, Ste 400 |
| 6 | Phoenix, AZ 85016 |
| 7 | prr@ashrlaw.com |
|   | *Attorneys for Jackson Food Stores, Inc.* |
| 8 | *d/b/a/ Jackson Oil Co.* |
| 9 | |
|   | Jerome Romero |
| 10 | Jones Waldo Holbrook & McDonough PC |
|    | 170 S Main, Ste 1500 |
| 11 | Salt Lake City, UT 84101 |
| 12 | jromero@joneswaldo.com |
|    | *Attorneys for Jackson Food Stores, Inc.* |
| 13 | *d/b/a/ Jackson Oil Co.* |
| 14 | |
|    | Wayne L. Gardner |
| 15 | Gunderson, Denton & Peterson, P.C. |
|    | 1930 N Arboleda Rd, Ste 201 |
| 16 | Mesa, AZ 85213 |
| 17 | wayne@gundersondenton.com |
|    | *Attorneys for Trejo Oil Co., Inc.* |
| 18 | |
| 19 | John C. E. Barrett |
|    | Deconcini McDonald Yetwin & Lacy, P.C. |
| 20 | 2525 E Broadway Blvd, #200 |
|    | Tucson, AZ 85716-5300 |
| 21 | jbarrett@dmyl.com |
| 22 | *Attorneys for Tucson Truck Terminal, Inc.* |
| 23 | Michael G. Helms |
| 24 | Helms Law Firm, P.L.C. |
|    | 2600 N Central Ave, Ste 940 |
| 25 | Phoenix, AZ 85004 |
|    | mghelms@mghlawfirm.com |
| 26 | *Attorney for Best Western International, Inc.* |
| 27 | |
|    | / / / |
| 28 | / / / |

| | |
|---|---|
| 1 | Daniel S. Jurkowitz |
|  | Grant Winston |
| 2 | 32 N Stone Ave, Ste 2100 |
|  | Tucson, AZ 85701 |
| 3 | pcaocvbk@pcao.pima.gov |
| 4 | *Attorneys for Pima County* |
| 5 |  |
|  | Larry K. Udall |
| 6 | Curtis, Goodwin, Sullivan, Udall & Schwab, PLC |
|  | 501 E Thomas Rd |
| 7 | Phoenix, AZ 85012 |
| 8 | ludall@cgsuslaw.com |
|  | *Attorneys for Navopache Electric Cooperative, Inc.* |
| 9 |  |
|  | Dale C. Schian |
| 10 | Schian Walker, P.L.C. |
| 11 | 1850 N Central Ave, #900 |
|  | Phoenix, AZ 85004-4531 |
| 12 | ecfdocket@swazlaw.com |
|  | *Attorneys for Morris Anderson & Associates, Ltd./Receiver* |
| 13 |  |
| 14 | Eli D. Golob |
|  | Assistant Attorney General |
| 15 | 1275 W Washington, Site Code 040A |
|  | Phoenix, AZ 85007 |
| 16 | DESGeneralCounselPHX@azag.gov |
| 17 | *Attorneys for State of Arizona, Department of Economic* |
|  | *Security, Division of Employment and Rehabilitation* |
| 18 | *Services* |
| 19 |  |
|  | John S. Leonardo |
| 20 | Denise Faulk |
| 21 | United States Attorney's Office |
|  | United States Courthouse |
| 22 | 405 W Congress St, Ste 4800 |
|  | Tucson, AZ 85701 |
| 23 | Denise.faulk@usdoj.gov |
| 24 | *Attorneys for United States* |
| 25 | Larry Lee Watson |
|  | Office of the U.S. Trustee |
| 26 | 230 N First Ave, Ste 204 |
| 27 | Phoenix, AZ 85003-1706 |
|  | Larry.watson@usdoj.gov |
| 28 |  |