THIS ORDER IS APPROVED.

Dated: December 27, 2013

Brenda Moody Whinery, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| DUNLAP OIL COMPANY, INC., QUAIL HOLLOW INN, LLC, | Case No.: 4:12-bk-23252-BMW<br>Case No.: 4:12-bk-23256-BMW |
| Debtors. | (Jointly Administered) |
| Filing applies to: Quail Hollow Inn, LLC | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

This matter came before the Court on the *Motion for Relief from Automatic Stay* (the "Stay Relief Motion") filed by Pineda Grantor Trust II ("Pineda"), a secured creditor in the above bankruptcy cases of Dunlap Oil Company, Inc. ("Dunlap Oil") and Quail Hollow Inn, LLC ("Quail Hollow," and collectively with Dunlap Oil, the "Debtors"). The Stay Relief Motion was filed on January 16, 2013 at Docket 151 (the "Hotel").

Pineda claims an interest in the real property owned by Quail Hollow located at 699 N. Ocotillo Road, Benson, AZ and known as the Best Western Quail Hollow Inn (the "Hotel") and certain personal property including furniture, fixtures and equipment used in connection with the Hotel (collectively with the real property comprising the Hotel, the "Collateral"), pursuant to: (a) the *Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing* dated August 5, 2008, and recorded on September 5, 2008, as Document Number 2008-24130, in the official records of Cochise County, Arizona; and (b) the *Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing* dated November 5, 2008, and recorded on November 26, 2008, as Document Number 2008-30803, in the official records of Cochise County, Arizona (collectively, the "Deeds of Trust"). A UCC-1 financing statement reflecting the lien of Pineda's predecessor Compass Bank on the

Collateral was filed with the Arizona Secretary of State on December 3, 2008 at Instrument No. 2008-156-4105-9, an assignment to Pineda was filed on December 3, 2012 and a continuation statement was filed on July 11, 2013.

Due and proper notice of the Stay Relief Motion was served on all creditors and parties in interest entitled to receive such notice. One objection to the Stay Relief Motion was filed by the Debtors. (Dkt. 193). The final hearing on the Stay Relief Motion was held on June 12, 2013 and July 11, 2013, concurrently with the hearing on confirmation of the Debtors' *First Amended Joint Plan of Reorganization dated February 14, 2013* (the "Plan").

The Court announced its findings of facts and conclusions of law with respect to the Stay Relief Motion and confirmation of the Plan on the record at a hearing held on November 18, 2013. Those findings and conclusions are incorporated by reference in this Order as though fully set forth herein. Accordingly, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Stay Relief Motion shall be, and hereby is granted.

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. § 362(a), and all other bankruptcy stays and injunctions, are hereby vacated and terminated with respect to the enforcement by Pineda of its rights under its Deeds of Trust, pursuant to applicable state law, including without limitation seeking and obtaining the appointment of a receiver over the Collateral and commencing and completing a judicial or non-judicial foreclosure of its liens and/or security interests in the Collateral. A legal description of the Hotel is set forth in **Exhibit "A"** hereto, which is incorporated herein by this reference. Any error in the legal description shall not affect the validity or effectiveness of this Order.

**IT IS FURTHER ORDERED** that until the expiration of the 14 day stay of this Order pursuant to Bankruptcy Rule 4001(a)(3), Debtors shall use the Collateral in accordance with the terms of the *Order Authorizing Continued Use Of Cash Collateral* entered on June 26, 2013 (Dkt. 346).

**DATED AND SIGNED ABOVE**

# EXHIBIT "A"

## Legal Description

That portion of the Northeast quarter of the Northwest quarter of Section 9, Township 17 South, Range 20 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more specifically described as follows:

BEGINNING at the North quarter corner of said Section 9;

Thence South 00°06'33" West, along the North-South mid-section line of said Section 9, a distance of 121.60 feet;

Thence North 89°40'28" West, a distance of 100.00 feet to a corner point forming the intersection of the South right-of-way of Interstate 10 and the West right-of-way line of Ocotillo Road, said point being the TRUE POINT OF BEGINNING;

Thence along said West right-of-way line of Ocotillo Road, South 00°06'33" West, a distance of 350.00 feet, more or less, to a point being the Northeast corner of that certain property described in Document No. 8701-00456;

Thence North 89°53'27" West, a distance of 400.00 feet;

Thence North 00°06'33" East, a distance of 350.00 feet, more or less, to a point being the South right-of-way line of said Interstate 10;

Thence South 89°40'28" East, a distance of 400.00 feet to the TRUE POINT OF BEGINNING.