# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| DUNLAP OIL COMPANY, INC., <br> QUAIL HOLLOW INN, LLC, | Case No.: 4:12-bk-23252-BMW <br> Case No.: 4:12-bk-23256-BMW |
| Debtors. | (Jointly Administered) |
| Filing applies to: Dunlap Oil Company, Inc. | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter came before the Court on the *Motion for Relief from Automatic Stay* (the "Stay Relief Motion") filed by Pineda Grantor Trust II ("Pineda"), a secured creditor in the above bankruptcy cases of Dunlap Oil Company, Inc. ("Dunlap Oil") and Quail Hollow Inn, LLC ("Quail Hollow," and collectively with Dunlap Oil, the "Debtors"). The Stay Relief Motion was filed on February 6. 2013 at Docket No. 186. Pursuant to stipulation of the parties, by Order entered on June 27, 2013 (Dkt. 345), the Stay Relief Motion was granted in part with respect to the real properties located at 696 N. Ocotillo, Benson, AZ ("Benson Little General") and 1796 E. Fry Blvd, Sierra Vista, AZ ("Sierra Vista Chevron").

Pineda claims an interest in the remaining real properties listed below (collectively, the "Properties") together with certain personal property including furniture, fixtures, equipment, and inventory used in connection with the Properties (collectively with the real property comprising the Properties, the "Collateral") pursuant to the security instruments described below (collectively, the "Deeds of Trust").

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

| | | |
|---|---|---|
| 1 | 13968 N. Sandario Rd., Marana, AZ | Deed of Trust recorded in the Office of the Pima County Recorder on August 31, 2000 at Dkt 11374, Pg 1176. |
| 2 | | |
| 3 | (Gas Station/ C-Store) | Deed of Trust recorded in the Office of the Pima County Recorder on September 19, 2003 at Dkt 12139; Pg 3148; as modified at Dkt 12385, Pg 603; and further modified at Dkt 12707, Pg 2482. |
| 4 | | |
| 5 | | Deed of Trust recorded in the Office of the Pima County Recorder on January 28, 2004 at Dkt 12226, Pg 5695. |
| 6 | | Deed of Trust recorded in the Office of the Pima County Recorder on September 13, 2004 at Dkt 12385, Pg 607. |
| 7 | | |
| 8 | | Deed of Trust recorded in the Office of the Pima County Recorder on November 25, 2008 at Dkt 13442, Pg 5054. |
| 9 | | Assignment of Rents recorded in the Office of the Pima County Recorder November 25, 2008 at Dkt 13442, Pg 5080. |
| 10 | 1860 S. Highway 92, Sierra Vista, AZ | Deed of Trust recorded in the Office of the Cochise County Recorder on January 28, 2004 at Instrument No. 0401-02849. |
| 11 | | |
| 12 | (Gas Station/ C-Store) | Deed of Trust recorded in the Office of the Cochise County Recorder on September 14, 2004 at Instrument No. 0409-29786. |
| 13 | | Deed of Trust recorded in the Office of the Cochise County Recorder on February 16, 2006 at Instrument No. 0602-06039. |
| 14 | | |
| 15 | | Assignment of Rents recorded in the Office of the Cochise County Recorder on February 16, 2006 at Instrument No. 2008-30802. |
| 16 | 1288 S. Highway 92, Bisbee, AZ | Deed of Trust recorded in the Office of the Cochise County Recorder on December 30, 2008 at Instrument No. 2008-33057. |
| 17 | | |
| 18 | (Gas Station/ C-Store) | Assignment of Rents recorded in the Office of the Cochise County Recorder on December 30, 2008 at Instrument No. 2008-33058. |
| 19 | 759 S. Haskell Avenue, Willcox, Arizona | Deed of Trust recorded in the Office of the Cochise County Recorder on November 26, 2008 at Instrument No. 2008-30801. |
| 20 | (Commercial/industrial building) | Assignment of Rents recorded in the Office of the Cochise County Recorder on November 26, 2008 at Instrument No. 2008-30802. |
| 21 | 902-918 Rex Allen Drive, Willcox, AZ | Deed of Trust recorded in the Office of the Cochise County Recorder on November 26, 2008 at Instrument No. 2008-30801. |
| 22 | | |
| 23 | (Retail building) | Assignment of Rents recorded on November 26, 2008 at Instrument No. 2008-30802. |

| | |
|---|---|
| All accounts, contract rights, equipment, general intangibles and inventory of Dunlap Oil Company, Inc., monies and instruments pertaining to the foregoing, accessions, additions, amendments, attachments, modifications, replacements and substitutions to the foregoing, proceeds and products of the foregoing, insurance policies and unearned premiums, and all books and records pertaining to any of the foregoing | Commercial Security Agreement dated October 17, 2000.<br><br>UCC-1 financing statement filed in Office of the Arizona Secretary of State on November 2, 2000 at Instrument No. 1144515-0, and continuation statements filed on September 21, 2006 and August 11, 2011. |

Due and proper notice of the Stay Relief Motion was served on all creditors and parties in interest entitled to receive such notice. One objection to the Stay Relief Motion was filed by the Debtors. (Dkt. 205). The final hearing on the Stay Relief Motion was held on June 12, 2013 and July 11, 2013, concurrently with the hearing on confirmation of the Debtors' *First Amended Joint Plan of Reorganization dated February 14, 2013* (the "Plan").

The Court announced its findings of facts and conclusions of law with respect to the Stay Relief Motion and confirmation of the Plan on the record at a hearing held on November 18, 2013. Those findings and conclusions are incorporated by reference in this Order as though fully set forth herein. Accordingly, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Stay Relief Motion shall be, and hereby is granted.

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. § 362(a), and all other bankruptcy stays and injunctions, are hereby vacated and terminated with respect to the enforcement by Pineda of its rights under its Deeds of Trust, pursuant to applicable state law, including without limitation seeking and obtaining the appointment of a receiver over the Collateral and commencing and completing a judicial or non-judicial foreclosure of its liens and/or security interests in the Collateral. The legal descriptions of the Properties are set forth in **Exhibits "A-1"** through **"A-5"** hereto, which are incorporated herein by this reference. Any error in the legal descriptions shall not affect the validity or effectiveness of this Order.

**IT IS FURTHER ORDERED** that until the expiration of the 14 day stay of this Order pursuant to Bankruptcy Rule 4001(a)(3), Debtors shall use the Collateral in accordance with the terms of the *Order Authorizing Continued Use Of Cash Collateral* entered on June 26, 2013 (Dkt. 346).

**DATED AND SIGNED ABOVE.**

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

## Exhibit A-1

### (Legal Description of 13968 North Sandario Road, Marana, AZ)

All that part of the Northwest quarter of the Southwest quarter of Section 22, Township 11 South, Range 11 East, Gila and Salt River Base and Meridian, Pima County, Arizona, described as follows:

Beginning at the West quarter corner of said Section 22;

THENCE South 89 degrees, 38 minutes, 29 seconds East along the East-West MidSection line, a distance of 30.00 feet to a point;

THENCE South 00 degrees, 05 minutes, 07 seconds West, parallel to the West line of said Section 22, a distance of 30.00 feet to the True Point of Beginning;

THENCE South 89 degrees, 38 minutes, 29 seconds East, parallel to the East-West Mid- Section line, a distance of 255.60 feet to a point on the Southerly right of way line of I-10 Frontage Road;

THENCE South 57 degrees, 53 minutes, 52 seconds East, along said Southerly right of way line, a distance of 23.00 feet to a point;

THENCE South 15 degrees, 47 minutes, 42 seconds West, a distance of 26 1.67 feet to a point;

THENCE South 89 degrees 53 minutes 25 seconds West, a distance of 204.25 feet to a point on the East Right of Way of Sandario Road as it now exists;

THENCE North 00 degrees 05 minutes 07 seconds East along said East Right of Way line, a distance of 266.00 feet to the True Point of Beginning

EXCEPT all oil. gas and other hydrocarbon and minerals, including geothermal resources, as conveyed by Deed recorded in Docket 6547, page 857.

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

**EXHBIT A-2**

**(Legal Description of 1860 S. Highway 92, Sierra Vista, AZ)**

The East 400.00 feet of the Northeast quarter of Section 12, Township 22 South, Range 20 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona;

EXCEPT the North 1,700.00 feet; and

EXCEPT the South 440.00 feet; and

EXCEPT the East 100.00 feet for state Highway 92 right of way; and

EXCEPT the following described property:

That portion of the Southeast quarter of the Northeast quarter of Section 12, Township 22 South, Range 20 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

COMMENCING at the Southeast corner of the Northeast quarter (East quarter corner) of said Section 12;

thence South 89°45'49' West - per City of S.V. datum (North 89°53'27" West-record) coincident with the East-West mid-section line of Section 12, a distance of 97.74 feet to a point on the Westerly right-of-way of Highway 92;

thence North 00°03'19" West (North 00°00'14" East-record) coincident with the Westerly right-of-way of Highway 92 a distance of 440.00 feet to the POINT OF BEGINNING;

thence South 89°45'49" West a distance of 301.80 feet;

thence North 00°00'17" East parallel with the East line of Section 12 a distance of 300.00 feet;

thence North 89°45'49" East parallel with the South line of the Northeast quarter of said Section 12 a distance of 301.49 feet to a point on the Westerly right-of-way of Highway 92;

thence South 00°03'19" East coincident with the Westerly right-of-way of Highway 92 a distance of 300.00 feet to the POINT OF BEGINNING;

EXCEPT one-half of the mineral rights as reserved in Deed recorded in Docket 1074, page 76, records of Cochise County, Arizona.

{0003085.0000/00476625.DOCX / }    6
Case 4:12-bk-23252-BMW   Doc 477   Filed 12/27/13   Entered 12/30/13 09:13:02   Desc
Main Document    Page 6 of 12

**Exhibit A-3**

**(Legal Description of 1288 S. Highway 92, Bisbee, AZ)**

PARCEL I:

The Surface to a depth of 100.00 feet immediately beneath the surface of Lot 39, San Jose Estates Addition, according to Book 3 of Maps, page 107, records of Cochise County, Arizona;

EXCEPT the following described Parcels (a) and (b):

(a) BEGINNING at the Southeast corner of said Lot 39;

Thence South 59°15'45" West along the South line of Lot 39, 195.00 feet to the TRUE POINT OF BEGINNING;
thence North 30°44'15" West 150.00 feet;
thence South 59°15'45" West 75.00 feet to a point on the West line of Lot 39;
thence South 30°44'15" East along the West line of said Lot 125.00 feet to the point of tagency of a curve having a radius of 25.00 feet and an angle of 90°;
thence Southeasterly along the arc of said radius for a distance of 39.27 feet;
thence North 59°15'45" East along the South line of said Lot 39, 50.00 feet to the TRUE POINT OF BEGINNING.

(b) BEGINNING at the Southeast comer of said Lot 39;
thence South 59°15'45" West along the South line of Lot 39 a distance of 145.00 feet to the TRUE POINT OF BEGINNING;
thence North 30°44'15" West a distance of 150.00 feet;
thence South 59°15'45" West a distance of 50.00 feet;
thence South 30°44'15" East a distance of 150.00 feet;
thence North 59°15'45" East along the South line of said Lot 39 a distance of 50.00 feet to the TRUE POINT OF BEGINNING.

PARCEL II:

The Surface to a depth of 100.00 feet immediately beneath the surface of that portion of Lot 39, San Jose Estates Addition, according to Book 3 of Maps, page 107, records of Cochise County, Arizona, more particularly described as follows:

COMMENCING at the Southeast comer of said Lot 39;

thence South 59°15'45" West along the South line of Lot 39, 195.00 feet to the TRUE POINT OF BEGINNING;
thence North 30°44'15" West 150.00 feet;
thence South 59°15'45" West 75.00 feet to a point on the West line of Lot 39;
thence South 30°44'15" East along the West line of said Lot 125.00 feet to the point of tangency of a curve having a radius of 25.00 feet and an angle of 90°;
thence Southeasterly along the arc of said radius for a distance of 39.27 feet;

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

thence North 59°15'45" East along the South line of said Lot 39, 50.00 feet to the TRUE POINT OF BEGINNING.

PARCEL III:
The Surface to a depth of 100.00 feet immediately beneath the surface of that portion of Lot 39, San Jose Estates Addition, according to Book 3 of
Maps, page 1 07, records of Cochise County, Arizona, more particularly described as follows:

COMMENCING at the Southeast comer of said Lot 39;

thence South 59°15'45" West along the South line of Lot 39 a distance of 145.00 feet to the TRUE POINT OF BEGINNING;
thence North 30°44'15" West a distance of 150.00 feet;
thence South 59°15'45" West a distance of 50.00 feet;
thence South 30°44'15" East a distance of 150.00 feet;
thence North 59°15'45" East along the South line of said Lot 39 a distance of 50.00 feet to the TRUE POINT OF BEGINNING.

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

**Exhibit A-4**

**(Legal Description of 759 S. Haskell Avenue, Willcox, Arizona)**

PARCEL I:

The East 75.00 feet of the West 250.00 feet of the East 538.00 feet of the North 300.00 feet of Lot 2, Section 2, Township 22 South, Range 20 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona;

EXCEPT the North 50.00 feet thereof; and

EXCEPT 1/16th of all oil, gases and other hydrocarbon substances, coal, stone, metals, minerals, fossils and fertilizer of every name and description and except all materials which may be essential to production of fissionable material as reserved in Arizona Revised Statutes.

PARCEL II:

The East 400.00 feet of the Northeast quarter of Section 12, Township 22 South, Range 20 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona;

EXCEPT the North 1,700.00 feet; and

EXCEPT the South 440.00 feet; and

EXCEPT the East 100.00 feet for State Highway 92 right of way; and

EXCEPT the following described property:

That portion of the Southeast quarter of the Northeast quarter of Section 12, Township 22 South, Range 20 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

COMMENCING at the Southeast corner of the Northeast quarter (East quarter corner) of said Section 12;
 thence South 89°45'49' West – per City of S.V. datum (North 89°53'27" West-record) coincident with the East-West mid-section line of Section 12 a distance of 97.74 feet to a point on the Westerly right-of-way of Highway 92;
 thence North 00°03'19" West (North 00°00'14" East-record) coincident with the Westerly right-of-way of Highway 92 a distance of 440.00 feet to the POINT OF BEGINNING;
 thence South 89°45'49" West a distance of 301.80 feet;
 thence North 00°00'17" East parallel with the East line of Section 12 a distance of 300.00 feet;
 thence North 89°45'49" East parallel with the South line of the Northeast quarter of said Section 12 a distance of 301.49 feet to a point on the Westerly right-of-way of Highway 92;
 thence South 00°03'19" East coincident with the Westerly right-of-way of Highway 92 a distance of 300.00 feet to the POINT OF BEGINNING; and

EXCEPT one-half of the mineral rights as reserved in Deed recorded in Docket 1074, page 76, records of Cochise County, Arizona.

PARCEL III:

That portion of Lot 2 in Section 31, Township 13 South, Range 25 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNING at the Northwest corner of said Lot 2;
  thence East, along the North line of said Lot 2, a distance of 584.00 feet to the TRUE POINT OF BEGINNING;
  thence continuing East, along said North line, a distance of 577.00 feet to the Northeast corner of said Lot 2;
  thence South, along the East line of said Lot 2, a distance of 352.00 feet;
  thence West, parallel with the North line of said Lot 2, a distance of 577.00 feet;
  thence North, a distance of 352.00 feet to the TRUE POINT OF BEGINNING;

EXCEPT the West 17.00 feet thereof; and

EXCEPT any portion thereof lying within the following described parcel:

BEGINNING at the Northwest corner of said Lot 2;
  thence East, along said North line, a distance of 1,161.00 feet to the Northeast corner of said Lot 2;
  thence South, along the East line of said Lot 2, a distance of 352.00 feet;
  thence West, perpendicular to said East line, a distance of 25.00 feet;
  thence North, parallel with the East line of said Lot 2, a distance of 291.00 feet to a point 61.00 feet South of the North line of said Lot 2;
  thence West, along a line 61.00 feet South of and parallel to the North line of said Lot 2, a distance of 1,136.00 feet to the West line of said Lot 2;
  thence north, along said West line, a distance of 61.00 feet to the POINT OF BEGINNING; and

EXCEPT that portion as dedicated to the City of Willcox by instrument recorded in Docket 658 at page 319, more particularly described as follows:

BEGINNING at the intersection of the existing Westerly right of way of Arizona Avenue and the Southerly right of way of Rex Allen Drive;
  thence South 89° 37' 38" West along the Southerly right of way of Rex Allen Drive, a distance of 24.99 feet;
  thence from a local tangent bearing of North 89° 37' 38" East along the arc of a curve to the right, having a radius of 25.00 feet, a distance of 39.26 feet to the Westerly right of way of Arizona Avenue;
  thence North 00° 24' 22" West along said Westerly right of way, a distance of 24.99 feet to the POINT OF BEGINNING; and

EXCEPT 7/8ths of all oil and gas as set forth and reserved in deed recorded in Book 126 of Deeds at Page 546, records of Cochise County, Arizona.


PARCEL IV:

That portion of the Northeast quarter of the Southwest quarter of Section 6, Township 14 South, Range 25 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

COMMENCING at a point whence the West boundary line of Railroad Avenue (extended) in the City of Willcox, Cochise County, Arizona intersects the North line of the Northeast quarter of the Southwest quarter of said Section 6;

thence in a Southwesterly direction along the West boundary line of said Railroad Avenue (extended), a distance of 671.6 feet to the POINT OF BEGINNING;

thence Northwesterly at right angles to the said West line of said Railroad Avenue (extended), a distance of 306.00 feet to the East line of Haskell Avenue;

thence Southwesterly along the East line of Haskell Avenue to the intersection of the West line of the said Northeast quarter of the Southwest quarter of Section 6;

thence South along the West line of the said Northeast quarter of the Southwest quarter of said Section 6 to the intersection of a projection of the North line of Railroad Avenue (extended);

thence Northeasterly along the projection of the North line of Railroad Avenue (extended) to the POINT OF BEGINNING;

EXCEPT that portion described as follows:

BEGINNING at a point whence the intersection of the West line of Railroad Avenue (extended), Willcox, and the North line of the Northeast quarter of the Southwest quarter of said Section 6 bears North 34°59' East, a distance of 1020.00 feet;

thence South 00°19' East, 50.00 feet to the Northeast corner of this parcel;
thence South 00°19' East, 25.00 feet;
thence South 89°41' West, 75.00 feet;
thence North 00°19' West, 25.00 feet;
thence North 89°41' East, 75.00 feet to the Northeast corner of this parcel; and

EXCEPT that portion described as follows:

BEGINNING at a point whence the intersection of the West line of Railroad Avenue (extended), Willcox, and the North line of the Northeast quarter of the Southwest quarter of Section 6 bears North 34°59' East, a distance of 1020.00 feet;

thence North 00°19' West, 25.00 feet;
thence South 89°41' West, 75.00 feet;
thence South 00°19' East, 25.00 feet;
thence North 89°41' East, 75.00 feet to the POINT OF BEGINNING; and

EXCEPT that portion described as follows:

BEGINNING at the Northeast corner of this parcel whence the intersection of the West line of Railroad Avenue (extended), Willcox, and the North line of the Northeast quarter of the Southwest quarter of said Section 6 bears North 34°59' East, a distance of 1020.00 feet;

thence South 00°19' East, 50.00 feet, to the Southeast corner of this parcel;
thence South 89°41' West, 75.00 feet to the Southwest corner of this parcel;
thence North 00°19' West, 50.00 feet to the Northwest corner of this parcel;
thence North 89°41' East, 75.00 feet to the place of beginning.

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

**Exhibit A-5**

**(Legal Description of 902-918 Rex Allen Drive, Willcox, Arizona)**

That portion of Lot 2 in Section 31, Township 13 South, Range 25 East of the Gila and Salt River Base and Meridian, Cochise County, Arizona, more particularly described as follows:

BEGINNING at the Northwest corner of said Lot 2;
   thence East, along the North line of said Lot 2, a distance of 584.00 feet to the TRUE POINT OF BEGINNING;
   thence continuing East, along said North line, a distance of 577.00 feet to the Northeast corner of said Lot 2;
   thence South, along the East line of said Lot 2, a distance of 352.00 feet;
   thence West, parallel with the North line of said Lot 2, a distance of 577.00 feet;
   thence North, a distance of 352.00 feet to the TRUE POINT OF BEGINNING;

EXCEPT the West 17.00 feet thereof; and

EXCEPT any portion thereof lying within the following described parcel:

BEGINNING at the Northwest corner of said Lot 2;
   thence East, along said North line, a distance of 1,161.00 feet to the Northeast corner of said Lot2;
   thence South, along the East line of said Lot 2, a distance of 352.00 feet;
   thence West, perpendicular to said East line, a distance of 25.00 feet;
   thence North, parallel with the East line of said Lot 2, a distance of 291.00 feet to a point 61.00 feet South of the North line of said Lot 2;
   thence West, along a line 61.00 feet South of and parallel to the North line of said Lot 2, a distance of 1,136.00 feet to the West line of said Lot 2;
   thence north, along said West line, a distance of 61.00 feet to the POINT OF BEGINNING; and

EXCEPT that portion as dedicated to the City of Willcox by instrument recorded in Docket 658 at page 319, more particularly described as follows:

BEGINNING at the intersection of the existing Westerly right of way of Arizona Avenue and the Southerly right of way of Rex Allen Drive;
   thence South 89° 37' 38" West along the Southerly right of way of Rex Allen Drive, a distance of 24.99 feet;
   thence from a local tangent bearing of North 89° 37' 38" East along the arc of a curve to the right, having a radius of 25.00 feet, a distance of 39.26 feet to the Westerly right of way of Arizona Avenue;
   thence North 0°' 24' 22" West along said Westerly right of way, a distance of 24.99 feet to the POINT OF BEGINNING; and

EXCEPT 7/8ths of all oil and gas as set forth and reserved in deed recorded in Book 126 of Deeds at Page 546, records of Cochise County, Arizona.