THIS ORDER IS APPROVED.

Dated: December 29, 2013

Brenda Moody Whinery, Bankruptcy Judge
_____

**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262

Pat P. Lopez III
plopez@rllaz.com
State Bar No. 006918
Rebecca K. O'Brien
robrien@rllaz.com
State Bar No. 021954

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DUNLAP OIL COMPANY, INC., | No. 4:12-bk-23252 |
| QUAIL HOLLOW INN, LLC, | No. 4:12-bk-23256 |
| Debtors. | (Jointly Administered) |
| Filing Applies to: | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |
| DUNLAP OIL COMPANY, INC. | |
| QUAIL HOLLOW INN, LLC | |
| BOTH                                X | |

This matter came before the Court on the Motion for Relief from Automatic Stay (the "Stay Relief Motion") [Dkt. 244] filed by Canyon Community Bank, N.A. ("CCB"), a secured creditor in the above bankruptcy cases of Dunlap Oil Company, Inc. ("Dunlap Oil") and Quail Hollow Inn, LLC ("Quail Hollow," and collectively with Dunlap Oil, the "Debtors").

CCB claims an interest in the following real property and equipment (collectively, the "CCB Collateral"):

(1) The gas station and convenience store, ancillary building space utilized as a Dairy Queen, and adjacent vacant lot, located at 1051 W. Beta Road, Sahuarita, Arizona ("Grand Texaco"), legally described in **Exhibit "A-1"**; CCB claims an interest in Grand Texaco pursuant to The Deed of Trust, Assignment of Leases, Assignment of Rents and

Security Agreement dated November 30, 2006 and recorded in Pima County, Arizona, on December 20, 2006, Document Number 20062440973.

  (2) The gas station and convenience store, ancillary building space currently utilized as an auto parts store and body shop, and adjacent vacant lot, located at 171 W. Continental Road and 173 W. Continental Road, Green Valley, Arizona ("Green Valley Super Center"), legally described in **Exhibit "A-2"**; CCB claims an interest in Green Valley Super Center pursuant to The Deed of Trust, Assignment of Leases, Assignment of Rents and Security Agreement dated November 30, 2006 and recorded in Pima County, Arizona, on December 20, 2006, Document Number 20062440973.

  (3) The gas station and convenience store, located at 971 E. White Mountain Boulevard, Pinetop, Arizona ("Pinetop"), legally described in **Exhibit "A-3"**; CCB claims an interest in Pinetop pursuant to The Deed of Trust, Assignment of Leases, Assignment of Rents and Security Agreement dated November 30, 2006 and recorded in Navajo County, Arizona, on December 19, 2006, Document Number 2006-37738.

  (4) The rolling stock consisting of the vehicles and trailers owned by Dunlap Oil described in **Exhibit "B"**, attached hereto ("Rolling Stock"). The security interest of CCB in the Rolling Stock has been perfected through the filing of the security interest against the titles of the rolling stock with the Arizona Department of Transportation ("ADOT"). A copy of the ADOT recording is included within **Exhibit "B"**. CCB also claims an interest in the Rolling Stock pursuant to the Assignment of Permits, Licenses and Approvals dated November 30, 2006 and the Security Agreement dated August 17, 2011.

  The CCB Collateral secures a combined Original indebtedness in excess of $8,000,000. CCB has filed two proofs of claim [Claim 45, as amended, and 46], which, as of the filing of this matter reflected a combined outstanding balance of $6,437,381.74. Using appraisals from February 2012, prior to the June 12, 2013 Plan Confirmation Hearing, CCB and Dunlap stipulated that the collective value of the CCB Collateral was $5,036,800.00 [Dkt. 300]. CCB has retained the right to obtain new appraisals of the CCB Collateral. CCB reserves the right to supplement this information, and present the updated

Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

appraisals at any hearing concerning this matter. In any event, Dunlap holds no equity in the CCB Collateral.

Due and proper notice of the Stay Relief Motion was served on all creditors and parties in interest entitled to receive such notice. Debtors objected to the Stay Relief Motion in Dkt. 244. A combined hearing on the Stay Relief Motion and on the Debtors' Chapter 11 Plan of Reorganization was held on June 12, 2013 and July 11, 2013.

The Court previously entered an Order granting stay relief with respect to the Pinetop and Grand Texaco properties [Dkt. 356].

On November 18, 2013, the Court announced its findings of facts and conclusions of law with respect to the Stay Relief Motion and confirmation of the Plan. Those findings and conclusions are incorporated by reference in this Order as though fully set forth herein. Accordingly, and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

A. The Stay Relief Motion is hereby granted.

B. The automatic stay of 11 U.S.C. § 362(a), and all other bankruptcy stays and injunctions, are hereby vacated and terminated with respect to the enforcement by CCB of its rights under its Security Agreement and UCC Financial Statement with respect to the Rolling Stock, and under its Deeds of Trust on Pinetop, the Grand Texaco, the Green Valley Super Center and its lien on all inventory, equipment, fixtures, furniture, and other personal property located on or used in connection therewith (all of the foregoing real and personal property is referred to collectively as the "Subject Collateral"). CCB shall be free to exercise all its rights with respect to the Subject Collateral and under all of the relevant security documents and agreements, including without limitation obtaining the appointment of a receiver over the Subject Collateral and commencing and completing a foreclosure of the Subject Collateral.

C. In accordance with 11 U.S.C. § 4001(a) (3), this Order shall not be effective until 14 days after the entry of this Order.

D. Until the expiration of the 14 day stay provided in 11 U.S.C. § 4001(a) (3), Debtors shall continue to Operate and use the subject Collateral strictly in accordance with the terms of the Order Authorizing Continued Use of Cash Collateral entered on June 26, 2013 [Dkt. 346].

E. The legal descriptions attached hereto are for reference purposes only, and no error in the legal descriptions shall prevent this Order from becoming effective with respect to any of the Subject Collateral.

**DATED AND SIGNED ABOVE.**

**AGREED AS TO FORM AND CONTENT:**

s/Pat P. Lopez III
Pat P. Lopez III
Attorney for Canyon Community Bank, N.A.

Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800